## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | **CIVIL ACTION FILE NO.** **1:13-CV-2217-JOF** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

## DEFENDANT NARCONON INTERNATIONAL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and N.D. Ga. L.R. 3.3, Defendant Narconon International ("NN International"), by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1.     The undersigned counsel of record for NN International certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiffs**:  Benjamin Burgess, Rhonda Burgess, Heidi Howard, Joyce Martin, Beth Karampelas, Terri Dacy and Michael Dacy.

**For NN International:**  Defendants in this litigation are NN International, Narconon of Georgia, Inc., Association for Better Living and Education International, and Religious Technology Center.   NN International has no parent corporation, and no publicly traded corporation owns ten percent (10%) or more of the stock of NN International.

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Plaintiffs:**  Unknown.

**For NN International:**  None.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**
Jeffrey R. Harris
Darren W. Penn
Stephen G. Lowry
Jed D. Manton
Yvonne Godfrey
Harris Penn Lowry LLP
1201 Peachtree Street, N.E.
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651

Rebecca C. Franklin, Esq.
Franklin Law, LLC
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-5333
Facsimile: (404) 961-4503

**For NN International:**
Cari K. Dawson
Dan F. Diffley
David B. Carpenter
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777

Matthew S. Coles
Thomas M. Barton
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Telephone:  (770)-995-5552
Facsimile: (770)-995-5582

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Submitted this 3rd day of July, 2013.

By: s/ Cari K. Dawson

Cari K. Dawson
Georgia Bar No. 213490
Daniel F. Diffley
Georgia Bar No. 221703
David B. Carpenter
Georgia Bar No. 292101
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000
Facsimile: 404-253-8567
cari.dawson@alston.com
dan.diffley@alston.com
david.carpenter@alston.com

Attorneys   for   Defendant
Narconon International

Matthew S. Coles
Georgia Bar No. 178020
Thomas M. Barton
Georgia Bar No. 040821
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Telephone:  770-995-5552
Facsimile: 770-995-5582
mcoles@ColesBarton.com
tbarton@ColesBarton.com

Attorneys for Defendant Narconon
International

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system and additionally served counsel of record by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

> Jeffrey R. Harris, Esq.
> Darren W. Penn, Esq.
> Stephen G. Lowry, Esq.
> Jed D. Manton, Esq.
> Yvonne Godfrey, Esq.
> Harris Penn Lawry LLP
> 1201 Peachtree Street, N.E.
> 400 Colony Square, Suite 900
> Atlanta, GA 30361
>
> *Attorneys for Plaintiffs*

> Rebecca C. Franklin, Esq.
> Franklin Law, LLC
> 400 Colony Square, Suite 900
> Atlanta, GA 30361
>
> *Attorney for Plaintiffs*

This 3rd day of July, 2013.

/s/ Cari K. Dawson
CARI K. DAWSON
*Attorney for Defendant Narconon*
*International*

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)
cari.dawson@alston.com