IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, | CIVIL ACTION |
| Plaintiffs, | FILE NO. 1:13-cv-02217 |
| v. | |
| RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Aaron P.M. Tady, Georgia Bar No. 696273, of the law firm of Coles Barton LLP and files this entry of appearance on behalf of Defendant Narconon International in the above-styled action currently pending in this Court.

[signature on following page]

    This the 3rd day of July, 2013.

                                                    COLES BARTON LLP

                                                  /s/ Aaron P.M. Tady
                                                   Aaron P.M. Tady
                                                  Georgia Bar Number 696273

150 South Perry Street
Suite 100
Lawrenceville, Georgia  30046
770-995-5552 - Telephone
770-995-5582 – Facsimile
atady@colesbarton.com                Attorneys for Defendant Narconon
                                                  International

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will transmit Notices of Electronic Filing generated by CM/ECF to counsel and parties who are authorized to receive electronically Notices of Electronic Filing.

/s/ Aaron P.M. Tady
Counsel for Defendant