# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, | ) ) ) ) **CIVIL ACTION** ) ) **FILE NO. 1:13-cv-02217** ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and N.D. Ga. L.R. 3.3, Defendant Association for Better Living and Education International ("ABLE"), by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for ABLE certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiffs**: Benjamin Burgess, Rhonda Burgess, Heidi Howard, Joyce Martin, Beth Karampelas, Terri Dacy and Michael Dacy.

**For ABLE:** Defendants in this litigation are ABLE, Narconon International, Narconon of Georgia, Inc., and Religious Technology Center. ABLE has no parent corporation, and no publicly traded corporation owns ten percent (10%) or more of the stock of ABLE.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Plaintiffs:** Unknown.

**For ABLE:** None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**
Jeffrey R. Harris
Darren W. Penn
Stephen G. Lowry
Jed D. Manton
Yvonne Godfrey
Harris Penn Lowry LLP
1201 Peachtree Street, N.E.
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651

Rebecca C. Franklin, Esq.
Franklin Law, LLC
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-5333
Facsimile: (404) 961-4503

**For ABLE:**
Cari K. Dawson
Dan F. Diffley
David B. Carpenter
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777

Matthew S. Coles
Thomas M. Barton
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Telephone: (770)-995-5552
Facsimile: (770)-995-5582

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Submitted this 9th day of July, 2013.

By: <u>s/ Cari K. Dawson</u>
    Cari K. Dawson
    Georgia Bar No. 213490
    Daniel F. Diffley
    Georgia Bar No. 221703
    David B. Carpenter
    Georgia Bar No. 292101
    Alston & Bird LLP
    1201 W. Peachtree Street
    Atlanta, GA  30309-3424
    Telephone:  404-881-7000
    Facsimile: 404-253-8567
    cari.dawson@alston.com
    dan.diffley@alston.com
    david.carpenter@alston.com

    Attorneys for Defendant
    Association for Better
    Living and Education
    International

    Matthew S. Coles
    Georgia Bar No. 178020
    Thomas M. Barton
    Georgia Bar No. 040821
    Coles Barton LLP
    150 South Perry Street, Suite 100
    Lawrenceville, Georgia 30046
    Telephone:  770-995-5552
    Facsimile: 770-995-5582
    mcoles@ColesBarton.com
    tbarton@ColesBarton.com

    Attorneys for Defendant Association
    for Better Living and Education
    International

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system and caused the same to be served on counsel for all by hand delivery at the following addresses:

| |
|---|
| Jeffrey R. Harris, Esq.<br>Darren W. Penn, Esq.<br>Stephen G. Lowry, Esq.<br>Jed D. Manton, Esq.<br>Yvonne Godfrey, Esq.<br>Harris Penn Lawry LLP<br>1201 Peachtree Street, N.E.<br>400 Colony Square, Suite 900<br>Atlanta, GA 30361<br><br>*Attorneys for Plaintiffs* |
| Rebecca C. Franklin, Esq.<br>Franklin Law, LLC<br>400 Colony Square, Suite 900<br>Atlanta, GA 30361<br><br>*Attorney for Plaintiffs* |

This 9th day of July, 2013.

        /s/ Cari K. Dawson  
        CARI K. DAWSON  
        *Attorney for Defendant Association for*  
        *Better Living and Education International*

ALSTON & BIRD LLP  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, Georgia  30309-3424  
(404) 881-7000  
(404) 881-7777 (*Facsimile*)  
cari.dawson@alston.com