IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, Individually and on behalf of all others similarly situatued,<br><br>Plaintiffs,<br><br>v.<br><br>RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC.,<br><br>Defendants. | Civil Action File No.<br><br>1:13-cv-o2217-JOF |

**RELIGIOUS TECHNOLOGY CENTER INC.'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil

Procedure, Defendant Religious Technology Center, Inc. hereby submits its

Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)     The undersigned counsel of record for Defendant Religious Technology Center, Inc. certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs:**

- Benjamin Burgess

- Rhonda Burgess

- Heidi Howard

- Joyce Martin

- Beth Karampelas

- Terri Dacy

- Michael Dacy

**Defendants:**

- Religious Technology Center, Inc.  Religious Technology Center, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

- Association for Better Living and Educational International

- Narconon International

- Narconon of Georgia, Inc.

(2)   The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known.

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Plaintiffs:**

- <u>Harris Penn Lowry LLP</u>:

    - Jeffrey R. Harris

    - Darren W. Penn

    - Stephen G. Lowry

    - Jed D. Manton

    - Yvonne Godfrey

- <u>Franklin Law, LLC</u>:

    - Rebecca C. Franklin

**Attorneys for Defendant Religious Technology Center, Inc.:**

- <u>Sutherland Asbill & Brennan LLP</u>:

    - John H. Fleming

    - Valerie S. Sanders

    - Stacey McGavin Mohr

**Attorneys for Defendants (1) Association for Better Living and Education International and (2) Narconon International:**

- <u>Alston & Bird LLP</u>:

    - Cari K. Dawson

    - Daniel F. Diffley

- David B. Carpenter

- Coles Barton LLP:

    - Matthew S. Coles

    - Thomas M. Barton

    - Aaron P.M. Tady

Submitted this 9th day of July, 2013.

/s/ John H. Fleming
John H. Fleming (263250)
Valerie S. Sanders (625819)
Stacey M. Mohr (619207)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
john.fleming@sutherland.com
valerie.sanders@sutherland.com
stacey.mohr@sutherland.com
404.853.8000 (T)
404.853.8006 (F)

Attorneys for Defendant
Religious Technology Center, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

      This 9th day of July, 2013.

                                        /s/ John H. Fleming
                                        John H. Fleming