# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC.,<br><br>Defendants. | **CIVIL ACTION FILE NO.**<br><br>**1:13-CV-02217-JOF** |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.1, J. D. Dalbey of the law firm of Chilivis, Cochran, Larkins & Bever, LLP hereby gives notice of his entry of appearance as counsel of record for Defendant Narconon of Georgia, Inc. in the above-captioned proceeding.

Respectfully submitted this 12th day of July, 2013.

                                                         **/s/J. D. Dalbey**
                                                        J. D. Dalbey
                                                        Georgia Bar No. 003150

CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive
Atlanta, Georgia 30047
(404) 233-4171
(404) 261-2842 (fax)
jdd@cclblaw.com

## CERTIFICATE OF SERVICE AND FONT

The undersigned certifies that this Notice was prepared in Times New Roman 14 point font as provided in LR 5.1(B).

The undersigned also certifies that the within and foregoing **Notice of Appearance of Counsel** was electronically filed with the Clerk of Court using the CM/ECF system and was served via electronic mail upon all counsel of record.

This 12th day of July, 2013.

                                         **/s/J. D. Dalbey**
                                         J. D. Dalbey
                                         Georgia Bar No. 003150

CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive
Atlanta, Georgia 30047
(404) 233-4171
(404) 261-2842 (fax)
jdd@cclblaw.com