**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Benjamin Burgess, et al., | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:13-cv-02217-JOF |
| | : |
| Religious Technology Center, Inc., et al., | : |
| | : |
| | : |
| Defendants. | : |

## **ORDER**

The undersigned hereby **RECUSES** himself from further participation in this action. The Clerk of Court is DIRECTED to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.  Further, the Clerk of Court **should** assign a new case to replace this one.

**IT IS SO ORDERED** this 15th day of July, 2013.

                                            S/ J. Owen Forrester
                                          J. OWEN FORRESTER
                          SENIOR UNITED STATES DISTRICT JUDGE