IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., <br><br> Defendants. | Civil Action <br> File No.:       1:13-CV-02217-JOF |

**NARCONON OF GEORGIA, INC.'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Narconon of Georgia, Inc. ("NNGA"), named Defendant

herein, and files this Certificate of Interested Persons and Corporate Disclosure

statement pursuant to Local Rule 3.3, showing the Court the following:

(1) The undersigned counsel of record for a party to this action certifies that the

following is a full and complete list of all parties in this action, including any parent

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiffs:** Benjamin Burgess, Rhonda Burgess, Heidi Howard, Joyce Martin, Beth Karampelas, Terri Dacy and Michael Dacy.

**For NNGA**: Defendants in this litigation are Association for Better Living ("ABLE"), Narconon International, Narconon of Georgia, Inc., and Religious Technology Center ("RTC").

NNGA has no parent corporation and no publicly traded corporation owns ten percent (10%) or more of NNGA.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**

Jeffrey R. Harris
Darren W. Penn
Stephen G. Lowry
Jed D. Manton
Yvonne Godfrey
Harris Penn Lowry LLP

1201 Peachtree Street, N.E.
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651

Rebecca C. Franklin, Esq.
Franklin Law, LLC
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-5333
Facsimile: (404) 961-4503

**For ABLE and Narconon International:**

Cari K. Dawson
Dan F. Diffley
David B. Carpenter
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777

Matthew S. Coles
ThomasM. Barton
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Telephone: (770)-995-5552
Facsimile: (770)-995-5582.

**For NNGA:**

Edward H. Lindsey, Jr.
James T. Hankins, III
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone: (404) 264-1500
Fax: (404) 264-1737

John K. Larkins, Jr.
J.D. Dalbey
William Taylor McNeil
tmcneill@cclblaw.com
3127 Maple Dr. NE
Atlanta, GA 30305
Phone: 404-233-4171
Fax: 404-261-2842

**For RTC:**

John H. Fleming
Valerie S. Sanders
Stacey M. Mohr
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
john.fleming@sutherland.com
valerie.sanders@sutherland.com
stacey.mohr@sutherland.com
404.853.8000 (T)
404.853.8006 (F)

        This 16th day of July, 2013.

                        Goodman McGuffey Lindsey & Johnson, LLP
                        Attorneys for Defendant Narconon of Georgia, Inc.

                By:     S/ JAMES T. HANKINS, III
                        EDWARD H. LINDSEY, JR.
                        GA State Bar No.  453075
                        elindsey@gmlj.com
                        JAMES T. HANKINS, III
                        GA State Bar No.  188771
                        jhankins@gmlj.com
                        3340 Peachtree Road NE, Suite 2100
                        Atlanta, GA 30326-1084
                        Phone:  (404) 264-1500
                        Fax:    (404) 264-1737

Chilivis, Cochran, Larkins & Bever LLP
Attorneys for Defendant Narconon of Georgia, Inc.


By:    *S/ JOHN K. LARKINS, JR.*
       JOHN K. LARKINS, JR.
       GA State Bar No. 438425
       jkl@cclblaw.com
       WILLIAM TAYLOR MCNEILL
       GA State Bar No.  239540
       tmcneill@cclblaw.com
       3127 Maple Dr. NE
       Atlanta, GA 30305
       Phone: 404-233-4171
       Fax: 404-261-2842

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, | Civil Action File No.:      1:13-CV-02217-JOF |
| Plaintiffs, | |
| v. | |
| RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

The foregoing document is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

*s/JAMES T. HANKINS, III*

James T. Hankins, III
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737
Email:  jhankins@gmlj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, | Civil Action File No.:      1:13-CV-02217-JOF |
| Plaintiffs, | |
| v. | |
| RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this NARCONON OF GEORGIA, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Jeffrey R. Harris, Esq.
Darren W. Penn, Esq.
Stephen G. Lowry, Esq.
Jed D. Manton, Esq.
Yvonne Godfrey, Esq.
Harris, Penn & Lowry, LLP
1201 Peachtree Stteet, N.E.
400 Colony Square, Suite 900
Atlanta, GA 30361

Rebecca C. Franklin, Esq.
Franklin Law, LLC
1201 Peachtree Street, N.E.
400 Colony Square, Suite 900
Atlanta, GA 30361

This 16th day of July, 2013.

*s/ James T. Hankins, III*
JAMES T. HANKINS, III
GA State Bar No.  188771
jhankins@gmlj.com
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737

2224-0168/Doc ID #2293372