IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:13-cv-02217 |

**PLAINTIFFS' RESPONSE TO NARCONON OF GEORGIA, INC.'S
CONDITIONAL MOTION TO FILE CONTRACTS UNDER SEAL**

Plaintiffs have no objection to Defendant Narconon of Georgia, Inc.'s conditional motion to file contracts under seal.

Respectfully submitted,

**HARRIS PENN LOWRY, LLP**

/s/ Jeffrey R. Harris

|  |  |
|---|---|
|  | _____<br>JEFFREY R. HARRIS<br>(Jeff@hpllegal.com)<br>Georgia Bar No. 330315<br>JED D. MANTON<br>(Jed@hpllegal.com)<br>Georgia Bar No. 868587 |
| 1201 Peachtree Street, N.E.<br>400 Colony Square, Suite 900<br>Atlanta, GA  30361<br>Telephone: (404) 961-7650<br>Facsimile: (404) 961-7651 |  |
|  | **FRANKLIN LAW, LLC**<br>REBECCA C. FRANKLIN<br>(Rebecca@franklinlawllc.com)<br>Georgia Bar No. 141350 |
| 1201 Peachtree Street, N.E.<br>400 Colony Square, Suite 900<br>Atlanta, GA  30361<br>Telephone: (404) 961-5333 |  |
|  | *Attorneys for Plaintiff* |

## **CERTIFICATION OF COMPLIANCE**

Pursuant to the Local Rules of the Northern District of Georgia, the above-signed counsel certifies that the foregoing document complies with all formatting requirements of the Local Rules and further certifies that this document is printed in Times New Roman font, 14-point, pursuant to Local Rule 5.1(C).

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing

**PLAINTIFFS' RESPONSE TO NARCONON OF GEORGIA, INC.'S CONDITIONAL MOTION TO FILE CONTRACTS UNDER SEAL**

with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Cari K. Dawson, Esq.<br>Daniel F. Diffley, Esq.<br>David B. Carpenter, Esq.<br>Alston & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309-3424<br><br>*Attorneys for Narconon International and Association for Better Living and Education International* | Matthew S. Coles, Esq.<br>Thomas M. Barton, Esq.<br>Coles Barton LLP<br>150 South Perry Street, Suite 100<br>Lawrenceville, GA 30046<br><br><br>*Attorneys for Narconon International and Association for Better Living and Education International* |
| Edward H. Lindsey, Jr., Esq.<br>James T. Hankins, Esq.<br>Goodman McGuffey Lindsey & Johnson, LLP<br>3340 Peachtree Road NE, Suite 2100<br>Atlanta, GA 30326-1084<br><br>*Attorneys for Narconon of Georgia, Inc.* | John K. Larkins, Jr., Esq.<br>William Taylor McNeil, Esq.<br>J.D. Dalbey, Esq.<br>Chilivis, Cochran, Larkins & Bever LLP<br>3127 Maple Drive NE<br>Atlanta, GA 30305<br><br>*Attorneys for Narconon of Georgia, Inc.* |
| John H. Fleming, Esq.<br>Valerie S. Sanders, Esq.<br>Stacey M. Mohr, Esq.<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, GA 30309-3996<br>*Attorneys for Religious Technology Center, Inc.* | |

This 23rd day of July, 2013.

                                    **HARRIS PENN LOWRY LLP**

                                    /s/ Jeffrey R. Harris
                                    _____
                                    JEFFREY R. HARRIS
                                    (Jeff@hpllegal.com)
                                    Georgia Bar No. 330315
                                    JED D. MANTON
                                    (Jed@hpllegal.com)
                                    Georgia Bar No. 868587

1201 Peachtree Street, NE
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651