IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENJAMIN BURGESS, RHONDA BURGESS, HEIDI HOWARD, JOYCE MARTIN, BETH KARAMPELAS, TERRI DACY, and MICHAEL DACY, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br> vs. <br><br> RELIGIOUS TECHNOLOGY CENTER, INC., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL, and NARCONON OF GEORGIA, INC., <br><br>  Defendants. | CIVIL ACTION NO. <br><br> 1:13-cv-02217 |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and N.D. Ga. L.R. 3.3, Plaintiffs, by and through counsel of record, file this Certificate of Interested Persons and Corporate Disclosure Statement.

1.  The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiffs:**  Benjamin Burgess, Rhonda Burgess, Heidi Howard, Joyce Martin, Beth Karampelas, Terri Dacy and Michael Dacy.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known.

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiffs:**

Jeffrey R. Harris, Esq.
Darren W. Penn, Esq.
Stephen G. Lowry, Esq.
Jed D. Manton, Esq.
Yvonne S. Godfrey, Esq.
Harris Penn Lowry LLP
1201 Peachtree Street, NE
Suite 900
Atlanta, Georgia 30361
Tel:  404-961-7650
Fax:  404-961-7651

Rebecca C. Franklin, Esq.
Franklin Law, LLC
1201 Peachtree Street, NE
Suite 900
Atlanta, Georgia 30361
Tel:  404-961-7650
Fax:  404-961-7651

**For ABLE and Narconon International:**

Cari K. Dawson, Esq.
Dan F. Diffley, Esq.
David B. Carpenter, Esq.
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Tel:  404-881-7000
Fax:  404-881-7777

Matthew S. Coles, Esq.
Thomas M. Barton, Esq.
Coles Barton LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Tel:  770-995-5552
Fax:  770-995-5582

**For Narconon of Georgia:**

Edward H. Lindsey, Jr., Esq.
James T. Hankins, III, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia 30326
Tel:  404-264-1500
Fax:  404-264-1737

John K. Larkins, Jr., Esq.

J.D. Dalbey, Esq.
William Taylor McNeil, Esq.
Chilivis, Cochran, Larkins & Bever LLP
3127 Maple Dr. NE
Atlanta, Georgia 30305
Tel:  404-233-4171
Fax:  404-261-2842

**For RTC:**

John H. Fleming, Esq.
Valerie S. Sanders, Esq.
Stacey M. Mohr, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Tel:  404-853-8000
Fax:  404-853-8006

        Respectfully submitted,

        **HARRIS PENN LOWRY LLP**

        /s/ Jeffrey R. Harris

        _____
        JEFFREY R. HARRIS
        (Jeff@hpllegal.com)
        Georgia Bar No. 330315
        JED D. MANTON
        (Jed@hpllegal.com)
        Georgia Bar No. 868587

1201 Peachtree Street, N.E.
400 Colony Square, Suite 900
Atlanta, GA  30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651

|  | **FRANKLIN LAW, LLC** |
|---|---|
|  | REBECCA C. FRANKLIN |
|  | (Rebecca@franklinlawllc.com) |
|  | Georgia Bar No. 141350 |
| 1201 Peachtree Street, N.E. | |
| 400 Colony Square, Suite 900 | |
| Atlanta, GA  30361 | |
| Telephone: (404) 961-5333 | |
|  | *Attorneys for Plaintiff* |

## **CERTIFICATION OF COMPLIANCE**

Pursuant to the Local Rules of the Northern District of Georgia, the above-signed counsel certifies that the foregoing document complies with all formatting requirements of the Local Rules and further certifies that this document is printed in Times New Roman font, 14-point, pursuant to Local Rule 5.1(C).

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Cari K. Dawson, Esq.<br>Daniel F. Diffley, Esq.<br>David B. Carpenter, Esq.<br>Alston & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309-3424<br><br>*Attorneys for Narconon International and Association for Better Living and Education International* | Matthew S. Coles, Esq.<br>Thomas M. Barton, Esq.<br>Coles Barton LLP<br>150 South Perry Street, Suite 100<br>Lawrenceville, GA 30046<br><br><br>*Attorneys for Narconon International and Association for Better Living and Education International* |
| Edward H. Lindsey, Jr., Esq.<br>James T. Hankins, Esq.<br>Goodman McGuffey Lindsey & Johnson, LLP<br>3340 Peachtree Road NE, Suite 2100<br>Atlanta, GA 30326-1084<br><br>*Attorneys for Narconon of Georgia, Inc.* | John K. Larkins, Jr., Esq.<br>William Taylor McNeil, Esq.<br>J.D. Dalbey, Esq.<br>Chilivis, Cochran, Larkins & Bever LLP<br>3127 Maple Drive NE<br>Atlanta, GA 30305<br><br>*Attorneys for Narconon of Georgia, Inc.* |
| John H. Fleming, Esq.<br>Valerie S. Sanders, Esq.<br>Stacey M. Mohr, Esq.<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, GA 30309-3996<br>*Attorneys for Religious Technology Center, Inc.* | |

This 23rd day of July, 2013.

                              **HARRIS PENN LOWRY LLP**

                              /s/ Jeffrey R. Harris
                              _____
                              JEFFREY R. HARRIS
                              (Jeff@hpllegal.com)
                              Georgia Bar No. 330315
                              JED D. MANTON
                              (Jed@hpllegal.com)
                              Georgia Bar No. 868587

1201 Peachtree Street, NE
400 Colony Square, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651