# Narconon NEWS



PLAINTIFF'S EXHIBIT A

- Volume 6, Issue 3     *special edition*



NARCONON helps get people up RON'S bridge to FREEDOM

There are many people who have a problem with drug abuse and crime.

In fact you probably know someone with such a problem.



THE BRIDGE

TO THE BRIDGE

NARCONON NEW LIFE
927 Beacon Avenue
Los Angeles, California 90017
PHONE: 487-0986 or 381-5537

NARCONON is freeing people from crime and drug abuse with standard tech, and starting them up RON'S bridge to total freedom.

<u>WHO</u> <u>CAN</u> <u>YOU</u> <u>START</u> <u>ACROSS</u> <u>THAT</u> <u>BRIDGE</u>?

<u>NARCONON IS THE BRIDGE TO THE BRIDGE!</u>

"Man cannot be free while there are those amongst him who are slaves to their own terrors."

L. Ron Hubbard
*Scientology: A New Slant On Life*

Copyright © 1974 by L. Ron Hubbard.     All Rights Reserved