SEA ORGANIZATION

FLAG BUREAUX DATA LETTER 220　　　　　　　29 August 1972

## NARCONON

The incomparable Guardians Office has been running the Narconon (Drugs-no!) Program over the world.

The Program is now fully subsidized — state paid — in one country and one state and contributed to by governments in several other locales.

This program has a steady gradual increase of International support and is going very smoothly in the competent hands of Guardian personnel.

They achieve very remarkable results.

The scope and action of Narconon would make very good "Auditor" copy.

The GO should not hide its light under a basket — if it could.

Narconon is the ONLY successful drug rehabilitation program on the planet. It is being recognized as such.

Highly commended.

L. RON HUBBARD
COMMODORE

LRH:nt



PLAINTIFF'S EXHIBIT B