# WHY DID LRH *PERSONALLY* DONATE $75,000 TO NARCONON® ?

NARCONON® INTERNATIONAL
3540 Wilshire Blvd., Suite 300
Los Angeles, CA 90010

1989 OCT

NONPROFIT ORG.
U.S. POSTAGE
PAID
LOS ANGELES, CA
PERMIT NO. 29773



PLAINTIFF'S EXHIBIT
C

## Chilocco Honor Role

### $75,000 Donations
L. Ron Hubbard
REALWORLD Corporation
Izzy & Mary Ann Chait
George & Gwen Chelekis
Rob & Jane Bosan
Stan & Maaret Schnier

### $20,000 to $60,000 Donations
Larry Byrnes
Executive Software
Stan Gerson
Otto Wilkens
Barbara Salmon
Sterling Management
Dan Domjan
Dan Owens
Kirsty Alley
Larry & Sandy Brennan
John & Christine Lake
Sam & Denise Liccardi

### $5,000 to $20,000 Donations

| | |
|---|---|
| a Bolastig | Susie Hegeman |
| Cathy Barnett | Debbie Hughes |
| Ray Barton | Bob Johnson |
| Molly Baxter | Kathy Johnson |
| Randy Baxter | Jay Johnson |
| Bob Bein | Tina Kott |
| Brad Bernstein | Wolf-Dieter Lahmann |
| Catherine Boyle | Steve Lake |
| Walter Brugger | Luciene Lane |
| Sandy Codding | Maria Larsson |
| Delphi Academy | Andy Lo Bue |
| Mary Lou De Wyn Gaert | Andy Lubold |
| Dohring Company | George Malnati |
| Lillian Domjan | Meyer & Son |
| Ben Dunham | Loretta Miscavige |
| Deborah Dunham | Charles Momsen |
| Rob Eifler | Jim Morino |
| Sue Eifler | Emi Pecararo |
| Doug Garnette | Martha Pomroy |
| Maurice Green | Power Insurance |
| Marty Greenberg | Alfonso Ruegg |
| Jane Greenberg | Zvi Shippony |
| Joshua Greenberg | Oskar Stabdler |
| Paul Haggis | Reed Thomas |
| Diane Haggis | Annie White |
| Collis Harris | Rob Wilber |
| Fred Havrilla | Russel A. Williams |
| Reed Huzen | Kurt Johnathon Williams |

Narconon is a trademark & service mark owned by ABLE.
© Copyright ABLE International. LRH Quotes
© Copyright 1974, 1979 by L. Ron Hubbard.
All Rights Reserved. Printed in USA

## DID YOU KNOW?

In the next 24 hours, 5000 Americans will try cocaine for the first time. Already, 12 million Americans use cocaine regularly. 90% of these say they are unable to refuse cocaine when available.

### Today in America:

* 38 million people use illegal drugs. That's 1 in 5 teenagers and adults.

* 18 million adults are problem drinkers

* 8 million are chronic abusers of tranquilizers and other psych drugs.

According to The U.S. Chamber of Commerce, drug and alcohol abuse costs America $177 billion a year.

### And internationally:

Confidential government estimates report that international sales of illegal drugs exceed $500 billion a year — more than the inhabitants of Earth spend on food or housing or education or any other service — three times the value of all United States Currency in circulation!

### The Crisis: Drugs
### The Solution: Narconon
### The Plan: Chilocco

In mistreating drug addiction, psychiatry makes *billions*, destroying millions of lives in the process. For the first time in American history, a social matter — drugs — is the major concern for the population. The Narconon Chilocco New Life Center — an 80-building, 167-acre residential facility — is the biggest project in our history to create overwhelming public popularity for Drug Rehabilitation Technology developed by LRH.

Millions of corporate executives, opinion leaders, and professionals from all sectors of society now abuse or are addicted to drugs and alcohol. They urgently need an upstat place, free of psychiatry's destructive treatments, where they can be *fully* rehabilitated with 100% Standard Tech and then go on up from there.

Your donations are urgently needed to help codify and newly package all LRH's materials on drug rehabilitation and to get Chilocco operational now!

"I was finally able to map an easy road which could be travelled despite drugs, despite the starting point, and of course that made it easier for everybody.

"That road begins with the Narconon Course.

"I would feel pretty bad if a lot of good guys had to live with the road blocked."

L. Ron Hubbard
From letter written to Narconon.

### PLANETARY DISSEMINATION OF LRH TECH:

Chilocco offers a unique opportunity for planetary expansion. Only LRH tech will *solve* the worldwide crisis of drugs. Narconon is *our* vanguard which can and *must* handle this crisis.

"Using the Narconon program with the appropriate funds, Narconon could rehabilitate 312,967,500 individuals in the average 6-7 month period... There is a very bright future ahead for all of us, and historians will trace it to this point... when the Scientologists took on their share of the load and moved out into society with the Technology."

L. Ron Hubbard

### JOIN LRH ON THE NARCONON CHILOCCO HONOR ROLE!

* Those who match L. Ron Hubbard's personal donation of $75,000 to Narconon will have their names engraved directly under his on the L.Ron Hubbard Role of Honor in the L. Ron Hubbard Hall at Chilocco.

* Founding Contributions of $5,000 also are available and donors will similarly go on the Chilocco Honor Roll.

* Other Donations are also urgently needed and these receive a special commendation.

NAME _____
(please print name as you want it to appear on the L. Ron Hubbard Honor Roll)

ADDRESS _____

PHONE NUMBER _____

Check enclosed -- Amount _____

Credit Card   Visa ☐ MasterCard ☐

Number _____

Expiration Date _____

Signature _____

For further information, call:

The Association for Better Living & Education (ABLE™), (213) 960-3530.

Or Write and Send Checks To:

ABLE International,
6331 Hollywood Blvd., Suite 700,
Los Angeles, CA 90028.