CHURCH OF SCIENTOLOGY INTERNATIONAL
Attached Statement to IRS Form 1023

Table of Contents

Table of Exhibits

A.   Introduction . . . . . . . . . . . . . . . . . . . 1

1.   The Scientology Religion . . . . . . . . 2

2.   The Scientology Marks and Advanced
     Technology . . . . . . . . . . . . . . 6

3.   CSI's Activities . . . . . . . . . . . . . . 9

B.   The Scientology Ecclesiastical Hierarchy . . . 18

1.   Field Ministers . . . . . . . . . . . . . 24

2.   Missions . . . . . . . . . . . . . . . . . 27

3.   Class V Churches . . . . . . . . . . . . . 31

4.   Celebrity Centres . . . . . . . . . . . . 33

5.   Saint Hill and Advanced Organizations . 36

6.   Church of Scientology Flag Service
     Org, Inc . . . . . . . . . . . . . . . . . 39

7.   Church of Scientology Flag Ship Service
     Organization . . . . . . . . . . . . . . 42

C.   Publications and Film Organizations . . . . . 47

1.   Mr. Hubbard's Trust . . . . . . . . . . . 53

2.   International Publications Trust . . . . 56

3.   New Era Publications . . . . . . . . . . 57

4.   Bridge Publications, Inc . . . . . . . . 60

5.   Golden Era Productions . . . . . . . . . 61



D.   Social Betterment Organizations  . . . . . . .  63.

    1.   Association for Better Living and
        Education   . . . . . . . . . . . . . .  64.

        a.   Narconon International   . . . . . .  67.

        b.   Applied Scholastics, Inc.  . . . . .  69.

        c.   The Way to Happiness Foundation . .  71.

        d.   Criminon   . . . . . . . . . . . . .  72.

    2.   Citizen's Commission on Human Rights  . .  74.

    3.   National Commission on Law Enforcement
        and Social Justice  . . . . . . . . . . .  75.

    4.   Foundation for Religious Freedom  . . . .  76.

    5.   Scientology Defense Fund Trust  . . . . .  77.

    6.   Churches of Scientology   . . . . . . . .  78.


E.   Membership Organizations  . . . . . . . . . .  79.

    1.   The Sea Organization . . . . . . . . . .  80.

    2.   International Association of
        Scientologists  . . . . . . . . . . . .  85.


F.   Miscellaneous  . . . . . . . . . . . . . . .  86

    1.   Building Management Services  . . . . . .  86

    2.   World Institute of Scientology
        Enterprises  . . . . . . . . . . . . .  87

    3.   Hubbard College of Administration   . . .  91

    4.   Inspector General Network   . . . . . . .  93

    5.   Hubbard Dianetics Foundation  . . . . . .  95

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 63

SCIENTOLOGY?, Exhibit 9, for an explanation of the

E-Meter and its use in auditing.)


As noted above, Gold is an ecclesiastical body

housed within CSI.  A more detailed description of some

of Gold's dissemination products is contained in the

attached catalogue, The Path To Truth, Ron's Recorded

Legacy of the Tech.  (Exhibit 16.)


### D.  Social Betterment Organizations

Though Mr. Hubbard is best known for founding the

religion of Scientology, he also authored very effective

technologies for handling society's ills and bettering

the lot of mankind as a whole.  Over time these

technologies   have   developed   into   four   general

social-betterment programs, each addressing a specific

area  of  current  social  concern:  Narconon,  a  drug

rehabilitation    program;    Applied    Scholastics,    an

educational program; Criminon, a criminal rehabilitation

program; and a program for improving public morality in

general based on a nonreligious moral code called "The

Way To Happiness." The public has come to associate the

CSI Prod 11-4-93   154226

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 64

four names Narconon, Applied Scholastics, Criminon and
The Way To Happiness with highly effective and successful
programs to better society.

For many years CSI and other churches of Scientology
have conducted highly-successful social reform programs
based on Mr.  Hubbard's technologies.  They conducted
these programs either directly or in close conjunction
with charitable and educational organizations formed to
help them bring Mr.  Hubbard's technologies to the
secular world.  In addition to these technical
organizations churches of Scientology support and work
closely with several other charitable organizations that
are active in various fields of public interest,
particularly combatting psychiatric abuse and
governmental corruption.

## 1.  Association for Better Living and Education

The bulk of CSI's social betterment program is
carried out under the supervision and direction of
Association for Better Living and Education ("ABLE"), a
California nonprofit public benefit corporation formed in

CSI Prod 11-4-93   154223

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 65

November 1988.  ABLE's sole purpose is to improve society through the application of Mr.  Hubbard's social betterment technologies.  In general, ABLE promotes, funds and provides assistance to organizations that use L.  Ron Hubbard's technologies in education, in rehabilitating drug abusers and criminals, and in raising public morality in general.

ABLE accomplishes its goals primarily by providing technical and financial assistance and general promotional support to the international social-betterment organizations that work in ABLE's four areas of concern:  Narconon International (drug rehabilitation), Applied Scholastics (education), The Way To Happiness Foundation (public morality) and, though not yet incorporated, Criminon (criminal rehabilitation). These four international organizations, in turn, assist organizations that work in their respective fields at the local level.

ABLE is responsible for ensuring that the programs that use the names referring to Mr.  Hubbard's

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California 90028
Form 1023, Attached Statement
Page 66

social-betterment technologies -- Narconon, Applied
Scholastics, The Way To Happiness and Criminon -- meet
the high standards of quality with which they have come
to be associated. ABLE discharges this responsibility by
permitting the international social-betterment
organizations and local organizations to use the names
subject to ABLE's ultimate supervision.

ABLE assists social-betterment organizations in
other ways. It provides technical assistance when
necessary to help them better achieve their program
goals. It helps raise funding to support their
charitable programs. It promotes their programs
throughout society through the printed media as well as
radio and television. It also will provide
social-betterment organizations the physical facilities
necessary to house their charitable and educational
programs. A representative sample of an ABLE
publication, INROADS MAGAZINE, is included as Exhibit 64.

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 67

ABLE is filing an application for recognition of its exemption under section 501(c)(3) concurrently with this application.

### a.  Narconon International

Narconon International is a nonprofit corporation that gives overall guidance and technical assistance and support to local organizations that use Mr. Hubbard's technology to rehabilitate drug users.  Narconon -- meaning "non-narcosis" or "no drugs" -- started in the mid-1960s when a prisoner in the Arizona State Penitentiary applied principles expounded in one of Mr. Hubbard's books to solve his drug problem as well as the drug problems of many of his fellow inmates.  This one-man crusade flourished into a grassroots movement that eventually moved from penal institutions out into society as a whole.

Today, the Narconon program has developed into a two-pronged assault on the world's drug problem: it encompasses an extraordinarily effective residential rehabilitation program as well as an objective, hard-

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 68

hitting public education program.  At present, there are
33 residential Narconon centers in various countries,
including the United States, Canada, Spain, Italy,
Switzerland, France, Germany, Holland, Sweden, Denmark,
and England.  Current plans are to establish a Narconon
center near each of the 100 largest cities in the world.
The Narconon program of activities is described in detail
in the attached booklets, Narconon, Drug Rehabilitation
and Education Services, Narconon Chilocco New Life
Center, and Narconon Drug Prevention & Rehabilitation
Services 1992 Annual Report.  (Exhibits 65, 66 and 67).
Also see pages 407-417 of WHAT IS SCIENTOLOGY?, (Exhibit
9), for further information on the Narconon program.

Narconon International was formed in 1970 to
formalize what was then a loose, grassroots movement, to
help establish Narconon programs throughout the world,
and to provide local centers the same sort of guidance
and technical assistance and support that ABLE provides
it. Narconon International also permits local centers to
use the name Narconon.   In exchange, local centers
support Narconon International's program by providing it

Church of Scientology International
6331 Hollywood Boulevard
Los Angeles, California  90028
Form 1023, Attached Statement
Page 69

with ten percent of the funds they receive in connection
with their Narconon activities.  Narconon International
also runs a 26-bed rehabilitation center in Los Angeles
under the name Narconon Los Angeles.

Narconon International has a group exemption ruling
under section 501(c)(3) dated January 20, 1975, and the
four Narconon centers now operating in the United States
are exempt under this group ruling.

b.  Applied Scholastics

Applied Scholastics has overall responsibility for
furthering the application of Mr. Hubbard's educational
technology  throughout  society  as  a  whole.    This
technology consists of a number of very basic yet
powerful principles of learning that Mr.   Hubbard
developed into a methodology for grasping any subject of
study.    This  technology  already  is  bringing  about
remarkable results throughout the world in improving the
ability of individuals to learn and to apply what they
learn.    The  technology  has  been  translated  into  12
languages and is in use in schools and by tutors in the

CSI  Prod  11-4-93    154232





or West Auditorium only: one day: $2,000.00/ half day: $1,000.00.

The Skyline Room: on the Fort Harrison 11th floor near the Ballroom mezzanine, this 21 ft. x 33 ft. room is a gracious and comfortable space for a reception, a seminar or meeting. Donation: one day: $600.00/half day: $300.00.

The Cloud Room: Situated on the Fort Harrison 10th floor of the Fort Harrison adjacent to the Ballroom foyer, this 15 ft. by 26 ft. room is available for your meetings, special conferences, seminars or receptions. Donation: Daily rate $250.00.

Additional facilities such as the 10th floor terrace, the lobby mezzanine, the Fort Harrison garden and patio are also available by special arrangement. Contact the Flag Crew Director of Public Functions for reservation requirements on these areas. Donation (flat rate): $150.00.

Plan now to have your special event at Flag! Contact the Flag Crew Director of Public Functions today at (813) 461-1282 ext. 4706 or (813) 443-4306!



## October 7

### International Association of Scientologists
### 5th Anniversary Event

Come to Flag to see the celebration of the 5th Anniversary of the I.A.S. live via satellite from Saint Hill, United Kingdom.

The very top senior executives of Scientology will bring a terrific message to all Scientologists across the planet.

Doors open at 7:30 PM, the event will start at 8 PM sharp!

## October 21-22



ASSOCIATION FOR BETTER LIVING AND EDUCATION

### Association for Better Living and Education Event

**DRUGS** What will you— the Scientologist— do about them?

A weekend of events and seminars covering:
### L. Ron Hubbard's Drug Rehabilitation Technology

Narconon International and ABLE have joined forces to refurbish the Chilocco Indian School campus—and 80 building, 167 acre facility called the Narconon New Life Center! Scientologists from all United States org fields are being contacted to attend! You are also invited to be at Flag for this event!

## October 28-29

### Scientology Missions International
### International Mission Holders Conference

The International Mission Holders Conference is being held at the Flag Land Base on October 28th and 29th, in the new five star auditorium at the Fort Harrison Hotel.

The Conference starts at 1:00 PM, Saturday, October 28th.

This Conference's purpose is to bring together all Mission Holders and Mission executives to be briefed by Senior Management and to share successful on-policy actions that are proven Missions around the planet.

If you are intending to open a Mission you should also attend the Conference.

Come to the International Mission Holders Conference and find out how to OPEN THE GATES AT THE ENTRANCE OF THE BRIDGE!

To attend the conference, simply send your entrance fee of $155.00 payable to S.M.I. to the International Mission Holders Conference I/C at 6331 Hollywood Blvd., Suite 802, Los Angeles, California 90028-6314.

## November 11-12

### International C/S Conference

Case Supervisors from all Scientology organizations are to attend this weekend conference at Flag. This is the annual conference for Case Supervisors to get briefed by International Management Executives on technical planning and new releases. Each Case Supervisor will also do an individual program overseen by top technical terminals to ensure that their technical application is 100% standard and increase their certainty in technical application.

## December 2

**TO: EVERY SCIENTOLOGIST!**
**FROM: THE NEW OT⁰ VIII COMPLETIONS!** TRUTH REVEALED™
**INFO: EARTH!**
**SUBJECT: An Event for You by the New OT VIII Completions!**

"We are now on the verge of an OT boom that will shake the rafters and rattle the hinges of this universe.

"And a few more universes beyond."

*L. Ron Hubbard, Founder*
Excerpted from New Year's Message 1985

It's happening!  Be at Flag 8:00 PM!

## December 16-31

### Christmas and New Year's Events at Flag!

Flag's Christmas Calendar is filled with exciting events, activities and Entertainment!
### On Christmas Day
### Mission Earth: The Concert and Show
### MUSIC AND LYRICS BY:
### L. RON HUBBARD
### On stage for the First Time:
### EDGAR WINTER - Live!
### performs MISSION EARTH
### music & songs

• DEC. 31st: The 8th Annual Flag Land Base Fireworks Display!
Flag will fill the skies with its traditional fireworks —one of the largest in Florida!
Then, enjoy the New Year's Event & Party with top speakers and entertainment!