

*Blue on Blue.*

# INTERNATIONAL MANAGEMENT EXECUTIVE COMMITTEE

### EXECUTIVE DIRECTIVE

IMEC ED 2025                                                    21 February 1996

CLASS V ORGS EXPANSION COMMITTEE MEMBERS
FLAG SERVICE ORG EXPANSION COMMITTEE MEMBERS
FLAG SHIP SERVICE ORG EXPANSION COMMITTEE MEMBERS

## CLEAR EXPANSION COMMITTEE

*References:*

| | | |
|---|---|---|
| HCO PL | 13 Feb. 80 | AKH Series 40 COORDINATION COMMITTEES AND MANAGEMENT COMMITTEES, DIFFERENCES IN PURPOSE AND FUNCTION |
| HCO PL | 1 July 82 | AKH Series 41 MANAGEMENT COORDINATION |
| LRH ED 339R Int | 13 Mar. 82 Rev. 30.7.82 | REVISION OF THE BIRTHDAY GAME 1982/83 |

"If the combined power of all of us and all organizations were exerted as a shoulder to shoulder effort, we would take this planet just as we are and with no more than we know." — LRH (HCO PL 29 Oct. 59, SERVICE)

To make a *Scientology* community, one must have all the many different field activities going forward so LRH tech is applied in all aspects of life—adding up to salvaging an area's population.

It means, first and foremost, making auditors, and auditing people on the road to Clear and OT. *That* is the purpose of the orgs. And that is why your org is the central point for all Scientology activities in your area.

The coordination necessary to expand all Scientology activities in your area—all under the auspices of the org—is what the Clear Expansion Committee is all about.

### PURPOSE

The purpose of the Clear Expansion Committee is: TO UNITE AND COORDINATE ALL SCIENTOLOGISTS, SCIENTOLOGY ORGANIZATIONS AND GROUPS AND SOCIAL BETTERMENT ACTIVITIES IN AN AREA TOWARD MAKING LRH TECHNOLOGY WIDELY KNOWN AND BROADLY APPLIED WITH THE ULTIMATE GOAL OF SALVAGING ALL BEINGS, CLEARING THE ENTIRE COMMUNITY AND BUILDING A SCIENTOLOGY WORLD.

Unpublished Work: © 1996 CSI. All Rights Reserved.



IMEC ED 2025 - 2 -

## MEMBERSHIP

Coordinating field expansion actions, this committee is composed of org executives, mission holders and Scientologists representing all field activities in the area.

The Chairman of the Clear Expansion Committee is the org's Commanding Officer or Executive Director. The Public Executive Secretary (PES) serves as the Deputy Chairman and the Field Control Secretary is the Secretary for the committee.

Other org executives and network staff who attend Clear Expansion Committee meetings are:

Director of Clearing
Director of Success
Volunteer Minister I/C
Senior C/S
LRH Communicator
D/FBO for MORE
Director of Special Affairs

Key field Scientologists also attend:

All local Mission Holders/EDs
OT Committee Chairman

Further, where none exists, an overall in-charge for each type of field activity that uses LRH tech—either Church affiliated or in the secular field—is appointed as a member of the Clear Expansion Committee:

Auditors Association Secretary (as a representative for field auditors)

OT Ambassador I/C
Volunteer Minister Group I/C
Honorary LRH Personal Public Relations Officers I/C
Gung-Ho Group Activities I/C
CCHR I/C
WISE Charter Committee Chairman
The Way To Happiness Chapter I/C
Education Groups Representative
Narconon EDs
Criminon I/C

Where there is a Day org and a Foundation org, the two combine resources to form one Clear Expansion Committee. The Day org ED is the chairman of the committee and the Foundation org ED is the co-chairman. Staff of both orgs attend as members.

In an area with no org, the mission holder (or mission ED) of the largest mission, or the head of the largest Scientology field group in the area gets the Clear Expansion Committee formed up, functioning and rapidly expanding Scientology in the community. (With this occurring, the area soon will have a Scientology org!)

## SENIOR COMMITTEES

Parallel committees exist in each Continental Liaison Office and at the Flag Liaison Office, called Continental/Flag Expansion Committees. They have the

same purpose of bringing into coordination all such activities but instead of public membership, they are composed of the actual staff of each different church or secular activity responsible for the activities mentioned earlier. Your Clear Expansion Committee has a direct line to the Continental Expansion Committee for any assistance you may need in forwarding your projects and plans or in coordinating activities with other Clear Expansion Committees.

## COORDINATED ACTIVITIES

The Clear Expansion Committee coordinates and forwards all public relations, broad dissemination and field expansion activities in your area.

While moving forward with their own individual dissemination projects, the members of the Clear Expansion Committee also work on combined activities which forward the overall expansion of Scientology or LRH social betterment programs in your area.

EXAMPLE: The committee launches a campaign to spearhead broad public dissemination with LRH books. This requires coordination between the org, missions, field auditors and other Scientologists in the field. Each group works together to pool resources and gets staff as well as field Scientologists contributing to activities that get LRH books into the hands of the public, such as displaying LRH books at local book fairs and community events, placing book ads in local magazines and newspapers, getting radio ads aired and placing LRH books in local bookstores. Workshops and seminars are held to capture the interest of LRH book buyers and field auditors form groups to move the growing number of new people reaching for the tech to go up the Bridge.

EXAMPLE: Activities to expand dissemination and application of LRH's tech are unlimited: major book campaigns, Volunteer Minister programs, broad Purification Rundown campaigns, community co-audit programs, The Way To Happiness campaigns, education projects and many others. The Clear Expansion Committee plays a key role in initiating, orchestrating and coordinating each one.

EXAMPLE: The Clear Expansion Committee launches a campaign to rid the entire community of drugs. This means the local orgs and missions broadly promoting and delivering the Purification Rundown. The org Public Divisions and FSMs place the book *Clear Body, Clear Mind* in public bookstores, health clubs and other specialized outlets and PR and media events are held to get LRH and his drug rehabilitation technology broadly known. Ads get placed to promote the Purification Rundown program. New Narconons get opened and neighborhood Purification Centers are set up by area field auditors. This all adds up to a massive but well-coordinated onslaught against drugs throughout the community, using LRH tech.

The point is, examples are unlimited. In fact, the only limits are your own dreams. How much do you want a cleared community, country and planet? How many different ways can you make that happen? Those are the only limits.

A worthwhile purpose, clearly stated objectives and the combined power of all Scientology resources in an area mean infinite expansion and soon, a Clear community.

IMEC ED 2025 - 4 -

## COMMITTEE MEETINGS

In order to rapidly accomplish this, the committee meets weekly in the org and operates on a set agenda which includes:

a) A general briefing from the representative of each field activity so all members are brought up-to-date on the expansion activities of that week. Each member presents his weekly stats of (1) Number of people started on service in a mission, org, SO org, FSO or FSSO through a Clear Expansion Committee member or group and (2) Number of people who received LRH tech from a Clear Expansion Committee member or group.

b) Coordinating and activating field Scientologists for existing and new projects by a clever use of resources.

c) An allotted time for guest speakers to brief the committee on matters relating to expansion activities in the community, especially reach-out programs and projects related to public relations and dissemination.

d) Setting new targets and goals for the individual members and the committee as a whole.

e) Putting together simple and doable projects for each group or activity which will achieve these targets.

Minutes of the Clear Expansion Committee meeting are written up by the secretary with copies distributed *only* to the org executives, secretary of the Continental Expansion Committee, Continental Data Files and Flag Data Files.

## SUMMARY

We have the technology to build a civilization without insanity, without criminals and without war. Your org and the individual Scientologists in your field, working together, are the vehicle to bring this about.

Your Clear Expansion Committee will make a huge difference in making the aims of Scientology an actuality in your area.

EXECUTIVE DIRECTOR
INTERNATIONAL

Approved by
WATCHDOG COMMITTEE

Authorized by
AVC INTERNATIONAL

for
CHURCH OF SCIENTOLOGY
INTERNATIONAL

CSI:AVCI:WDC:EDINT:sm

Grateful acknowledgment is made to L. Ron Hubbard Library for permission to reproduce a selection from the copyrighted works of L. Ron Hubbard.

SCIENTOLOGY, HCO, FLAG, OT, PURIFICATION RUNDOWN, PURIFICATION, THE BRIDGE, LRH and the Scientology Symbol are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGIST is a collective membership mark designating members of the affiliated churches and missions of Scientology.

WISE is a trademark, service mark and collective membership mark owned by WISE International and is used with its permission.

NARCONON and CRIMINON are trademarks and service marks owned by ABLE International and are used with its permission. Printed in USA.