INTERNATIONAL MANAGEMENT EXECUTIVE COMMITTEE



# LRH ED 339R IMPLEMENTATION PROGRAM
**IMEC PROGRAM ORDER 312**                                      26 June 1996

TO:  Class V Orgs
     Celebrity Centre Orgs

# AN ACTIVE FIELD

Strategic Planning Series 5-4

## YOUR CLEAR EXPANSION COMMITTEE PROGRAM:

## BUILDING A SCIENTOLOGY COMMUNITY

*Refs*:

| | |
|---|---|
| LRH ED 339R Int | REVISION OF THE BIRTHDAY GAME 1982/83 |
| LRH ED 339R-1 Int | THE MAKE-BREAK POINT OF AN ORG |
| HCO PL 26 Feb 1991 | THE ORGANIZATION OF THE PUBLIC DIVISIONS |
| HCOB 28 July 1959 | OUR GOALS |
| HCO PL 13 Feb 1980 | AKH Series 40 COORDINATION COMMITTEES AND MANAGEMENT COMMITTEES, DIFFERENCES IN PURPOSE AND FUNCTION |
| HCO PL 1 July 82 | AKH Series 41 MANAGEMENT COORDINATION |
| IMEC ED 2025 | CLEAR EXPANSION COMMITTEES |

"If the combined power of all of us and all organizations were exerted as a shoulder to shoulder effort, we would take this planet just as we are and with no more than we know." — LRH Quote from HCO PL 29 Oct. 59, SERVICE

The public level of recognition, awareness and acceptance for Dianetics and Scientology is higher than at any other time in our history. There has never been a more opportune time for your org to be reaching out with the tech and taking full responsibility to clear your community.

In order to help your org realize its full expansion potential, a new program was just launched as part of the New Era of Management by International Management to establish Clear Expansion Committees in every area with the purpose of activating, coordinating and expanding all field groups and activities within their zone of responsibility.

Unpublished work © 1996 CSI. All Rights Reserved.

PLAINTIFF'S EXHIBIT G

IMEC PROGRAM ORDER 312      - 2 -

By uniting the efforts of your active field — and increasing them — broadscale dissemination and delivery of the tech will be accomplished at a much greater rate.

In HCO PL 26 February 1991, THE ORGANIZATION OF THE PUBLIC DIVISIONS, LRH says: "**If an organization had a field of ten or fifteen thousand Scientologists, hatted and knowing which way Scientology was going and if the organization was exerting some leadership over the field through the Public Divisions, the org would be in clover.**"

To put your org in clover and rapidly expand up to Saint Hill size and beyond, you must first organize and channel the tremendous resources that you do have in your field and get all Scientologists taking an active role in expanding the dissemination and delivery of the tech in your community.

Being a member of the Clear Expansion Committee does not in any way change the individual activities of its members. For example, while your OT Committee Chairman is an active member of the Clear Expansion Committee, he is also responsible for the activities of the OT Committee. He musters up your Clears and OTs and gets them actively working on projects to get all Scientologists in the area on service. Your Auditors Association Secretary is part of the Clear Expansion Committee while at the same time getting the auditors in your field to do their Auditor Revitalization programs and get onto their Golden Age of Tech training line-ups.

LRH provided the technology for building a new civilization. Your org and the individual Scientologists in your field, working together to get the tech applied as part of the Clear Expansion Committee, are the vehicle to bring this about.

**PURPOSE:**

TO UNITE AND COORDINATE ALL SCIENTOLOGISTS, SCIENTOLOGY GROUPS AND ACTIVITIES UNDER THE UMBRELLA OF THE ORG TOWARDS MAKING LRH TECHNOLOGY WIDELY KNOWN AND BROADLY APPLIED WITH THE ULTIMATE GOAL OF CLEARING THE ENTIRE COMMUNITY AND BUILDING A SCIENTOLOGY WORLD.

**MAJOR TARGETS:**

1. TO SET UP AN OPERATIONAL, FULLY FUNCTIONING CLEAR EXPANSION COMMITTEE THAT IS ACHIEVING ITS PURPOSES.

2. TO COORDINATE THE ACTIONS OF ALL SCIENTOLOGY ACTIVITIES IN THE AREA SO AS TO BUILD A SCIENTOLOGY COMMUNITY.

3. TO GET ALL SCIENTOLOGISTS TAKING AN ACTIVE ROLE IN CLEARING THE COMMUNITY.

**PRIMARY TARGETS:**

1.   Read and understand this program in full.

_____
CHAIRMAN

2. Take FULL responsibility for the rapid execution of this program.

_____
CHAIRMAN

3. Take responsibility for seeing that this program is executed and that the Clear Expansion Committee gets formed up and operational per IMEC ED 2025, CLEAR EXPANSION COMMITTEES. ✓

_____
FLAG REP

4. Study and word clear IMEC ED 2025, CLEAR EXPANSION COMMITTEES. ✓

_____
CHAIRMAN

5. Study the Clear Expansion Committee booklet in full.

_____
CHAIRMAN

6. Establish a standard weekly meeting time and location for the Clear Expansion Committee in the org and get this issued.

_____
CHAIRMAN

7. Appoint the Public Exec Sec as the Deputy Chairman of the Clear Expansion Committee and the Field Control Sec as the Secretary. If there is currently no Field Control Sec on post, then appoint another member — an org staff member — as the Secretary while getting this post filled.

_____
CHAIRMAN

8. Study and word clear IMEC ED 2025, CLEAR EXPANSION COMMITTEES and the Clear Expansion Committee booklet in full.

_____
D/CHAIRMAN SECRETARY

9. Assign the secretary of the committee the duty of:

   a. keeping minutes for each meeting;

   b. sending copies of the minutes to:

      - org executives *only*
      - Continental Expansion Committee Secretary
      - Continental Data Files
      - Flag Data Files

_____
CHAIRMAN

**VITAL TARGETS:**

1. Maintain and strengthen any and all successful on-policy actions that you currently have with activating your field in the various activities under the Clear Expansion Committee.

_____
CHAIRMAN

2. Realize that by establishing a functioning Clear Expansion Committee in your area, your org wears the central coordinating point for all Scientology activities.
   _____
   CHAIRMAN

3. At all times, remain in communication with the members of your Clear Expansion Committee.
   _____
   CHAIRMAN

4. Issue an agenda for each weekly meeting and distribute this at the start of the meeting.
   _____
   CHAIRMAN

5. Use LRH 302 Debug Tech per HCO PL 23 AUG 79R II DEBUG TECH CHECKLIST (Management Series Vol 2, page 153), if this program stalls or bugs.
   _____
   CHAIRMAN

6. Write projects and/or mini programs as needed to get the targets of this program done.
   _____
   CHAIRMAN

7. Keep all Clear Expansion Committee meetings short and effective.
   _____
   CHAIRMAN

8. Provide assistance to any of the various field activities to debug any area that is running into slows or stops in getting their projects done.
   _____
   CHAIRMAN

9. Coordinate all actions of this program around the GOLDEN AGE OF TECH implementation as this is the ultimate handling to make an army of auditors, get people rapidly up The Bridge and clear your area and this planet.
   _____
   CHAIRMAN

10. Send a weekly report to the Field Control Aide FB via the A/Field Control Aide in the FOLO on the progress, wins and expansion breakthroughs from the activities of the Clear Expansion Committee.
    _____
    CHAIRMAN

**OPERATING TARGETS:**

1. Hold a Clear Expansion Committee meeting with the following members in attendance:

   Public Exec Sec — D/Chairman

    Field Control Sec — Secretary
    Dir Clearing
    Dir Success
    Volunteer Minister I/C
    Senior C/S
    LRH Communicator
    D/FBO for MORE
    Director of Special Affairs
    All local Mission Holders/EDs
    OT Committee Chairman
    OT Ambassador I/C
    Auditors Association Secretary (rep for field auditors)
    Volunteer Minister Group I/C
    Honorary LRH Personal Public Relations Officers I/C
    Gung-Ho Group Activities I/C
    Charter Committee Chairman
    The Way To Happiness Chapter I/C
    Education Groups Rep
    Narconon EDs
    Criminon I/C
    CCHR I/C.

                     CHAIRMAN

2. At this meeting, do the following:

  a. Get all members to read IMEC ED 2025, CLEAR EXPANSION COMMITTEES.

  b. Get each member from the field to give a general briefing on the activities and stats of his activity per the above issue.

  c. Take up any coordination that is needed.

  d. Make a list of the immediate objectives that the committee is going to achieve over the next 3 months as aligned to strategic planning, such as the Golden Age of Tech (e.g. Auditor Revitalization, Auditor activation), holding big Dianetics Seminars or getting new groups and missions opened.

  e. Get these objectives agreed upon by the committee members.

                      CHAIRMAN

3. Work out a list of targets that are going to get done against the agreed upon objectives and assign these targets to the various committee members to do.

                      CHAIRMAN

4. Put together simple, doable projects for each group or activity under your Clear Expansion Committee that will get in these objectives. These should result in getting all Scientologists in the area onto service and Scientology out into your community using all means of dissemination and delivery.

                      CHAIRMAN

IMEC PROGRAM ORDER 312        - 6 -

5. Type up the minutes from this Clear Expansion Committee meeting, including a list of actions to be taken by each individual member prior to the next meeting and get these distributed.

   SECRETARY (FCS)

6. Send a copy of the Clear Expansion Committee's agreed upon objectives to achieve over the next 3 months to the Continental Expansion Committee.

   SECRETARY (FCS)

7. Put up a target board in the space where the Clear Expansion Committee meets that lays out the objectives to be achieved by the Clear Expansion Committee.

   SECRETARY (FCS)

8. Get a set of targets included under each overall objective which are going to be done by the various units and sectors in relation to that objective.

   CHAIRMAN

9. With the members of the committee, set quotas for the number of orgs, missions, field groups, volunteer ministers, Clears and OTs and other activities that are going to be established in your area by the end of the year.

   CHAIRMAN

10. At the next meeting:

    a. take up the targets that were previously assigned and get the committee members to report on their status. Get any needed coordination done right there on the spot.

    b. take up new business that the members may have which are related to the activities of the committee.

   CHAIRMAN

11. Following this Clear Expansion Committee meeting, do a group clay demo of the purpose of the Clear Expansion Committee.

   CHAIRMAN

12. Get the members of the Clear Expansion Committee to further understand how to get in coordination by doing the drill called for in HCO PL 22 Aug 1982, BATTLE PLANS (laid out in paragraph 17 of this policy letter).

   CHAIRMAN

13. Based on the listed membership in IMEC ED 2025, CLEAR EXPANSION COMMITTEES, get an In-charge named for each of the activities that do not currently have someone over them. Use your most active field Scientologists for each group or activity.

   D/CHAIRMAN

14. Personally contact the named Scientologists who the committee has chosen to be the In-charge of each activity and get them briefed and in agreement to take on this hat. Tell them when the next Clear Expansion Committee meeting is and confirm their attendance.

_____<br>D/CHAIRMAN

15. Set up a Field Expansion Briefing in your org:

    a. Contact your field Scientologists and invite them to attend.
    b. Let them know it is to launch your local Clear Expansion Committee activities and it's expected that everyone participate.

_____<br>SECRETARY (FCS)

16. At your Field Expansion Briefing, do the following:

    a. Get members of the various groups and activities to brief the public on their activity, its purpose and what its current projects are. Get any questions answered right there on the spot.

    b. Set up tables where the public attending can sign up after the briefings to become a member of one or another of the groups or activities, such as the OT Committee, Auditors Association, Volunteer Minister Group, etc.

    c. Use sign-up sheets for each activity or group so that everyone gets a chance to join.

_____<br>SECRETARY (FCS)

17. Meet individually with each Chairman or In Charge and get them to work out an exact scheduled meeting time and location for their group activity. Find out what project they are currently working on and if none, then get them to work out the first project for that activity.

_____<br>SECRETARY (FCS)

18. Build the membership in each activity so that every individual in the field joins one or more of the groups or committees in the area by doing the following:

    a. Working with the group I/C, get a flier done for the activity which can be handed out or mailed.

    b. Put a Clear Expansion Committee newsletter together that promotes the activities and products of each of the groups or committees.

_____<br>SECRETARY (FCS)

19. Brief your Clear Expansion Committee members on the various resources and materials available for use in producing their products or getting further hatted:

   a. An Active Field: An Illustrated Guide to an Interested, Well-serviced, Active and Expanding Field.

   b. The books: What Is Scientology? and The Scientology Handbook and its booklets and courses.

   c. The Field Staff Member Specialist Course.

   d. The Hubbard Dissemination Course.

   e. The How To Open A Group Manual.

   f. The Divisional Summary of Functions for the Field Control Division.

   g. The Division 6C Checklist for Quality.

   h. The Field Specialist Starter Kits.

   i. The SMI Starter Package.

   _____
   D/CHAIRMAN

20. At your next Friday Graduation, validate those field Scientologists who are getting products under the umbrella of the Clear Expansion Committee, by presenting them with a special commendation from the org's Exec Council.

   _____
   CHAIRMAN

21. Include news on the activities of your Clear Expansion Committee and its members in your next org magazine and FSM newsletter.

   _____
   SECRETARY (FCS)

22. Set up a line to the Field Control Aide in the Flag Bureaux via the A/Field Control Aide in your nearest Flag Operations Liaison Office (FOLO) and send a weekly report of the products, statistics, wins and results of the various activities under the Clear Expansion Committee. Send an info copy of this report directly to Fields Executive International in the Senior Executive Strata.

   _____
   SECRETARY (FCS)

23. Review the targets of this program and get back in any that have fallen out so that the standard actions of the Clear Expansion Committee are kept in maintain at all times.

   _____
   FLAG REP

IMEC PROGRAM ORDER 312          - 9 -


**PRODUCTION TARGET:**

    This program fully executed and the Clear Expansion Committee formed up and achieving its objectives within 6 weeks.


                                        FIELDS EXECUTIVE
                                        INTERNATIONAL

                                        Authorized by
                                        AVC INTERNATIONAL

                                        for
                                        CHURCH OF SCIENTOLOGY
                                        INTERNATIONAL


CSI:AVCI:FEI:rg

Grateful acknowledgement is made to L. Ron Hubbard Library for permission to reproduce selections from the copyrighted works of L. Ron Hubbard. The Church of Scientology International Corporate Symbol, SCIENTOLOGY, DIANETICS, CELEBRITY CENTRE, HCO, LRH and OT are trademarks and service marks owned by Religious Technology Center and are used with its permission. CRIMINON and NARCONON are trademarks and service marks owned by Association for Better Living and Education International. Printed in U S A