SEA ORGANIZATION

FLAG PROJECT ORDER 1423        11 October 1996

TO: ALL CLEAR EXPANSION COMMITTEE CHAIRMEN
    ALL ORGS

INFO: CONT EXPANSION COMMITTEE
      FLAG EXPANSION COMMITTEE

## CLEAR EXPANSION COMMITTEE CHAIRMAN

### DRIVING IN VOLUME PUBLIC

### PROJECT ORDERS

**PROJECT INFORMATION**:

With the Golden Age of Tech, the gates are now wide open to make anyone a perfect auditor and to move him up The Bridge to fully trained OT. Rave wins and successes pour in daily from public who are availing themselves of the advances of the Golden Age of Tech. Factually, it is simple for any being to secure his own eternity. The only requirement? That he get onto service!

There are still THOUSANDS of off-lines Scientologists who are not briefed on the Golden Age of Tech.

There are still billions of people on this planet who have not started their first service on The Bridge.

As LRH states in HCO PL 27 DEC 63, THE "MAGIC" OF GOOD MANAGEMENT:

..."The manager's first job is not to 'run an organization' but to see that bodies move through the shop and build an organization to care for them and then to keep bodies moving through the shop and increase the body volume."

You have a powerful resource to drive in public--your Clear Expansion Committee. If properly formed up and gotten into production, the clearing of your area can be greatly accelerated.

In LRH ED 326 Int, 1981/82 BIRTHDAY GAME, LRH states the following:

"If each Scientologist contacted one person each month and got him active on the ROAD TO TOTAL FREEDOM, and each of these people did the same, within twelve months this would add up to over FOUR BILLION SCIENTOLOGISTS!"

Do your part to make this happen!

**PROJECT PURPOSE**:

TO DRIVE VOLUME BUSINESS IN ON YOUR ORG.

**MAJOR TARGET**:

YOUR CLEAR EXPANSION COMMITTEE MEMBERS EFFECTIVELY DRIVING VOLUME BUSINESS IN ON YOUR ORG.

**PRIMARY TARGETS**:

1. Accept full responsibility for getting these Project Orders fully done.                                                  _____
                                                                CEC CHAIRMAN

2. Read and understand these project orders.  _____
                                               CEC CHAIRMAN

3. Put these Project Orders in a folder and keep all related papers in this folder.                        _____
                                                   CEC CHAIRMAN

4. Set a TM by which each of the targets will be done. _____
                                                        CEC CHAIRMAN

5. Execute IMEC Pgm Order 312, YOUR CLEAR EXPANSION COMMITTEE PROGRAM: BUILDING A SCIENTOLOGY COMMUNITY in order to standardly set up and run your Clear Expansion Committee.        _____
                                                   CEC CHAIRMAN

Unpublished work: © 1996 CSI. All Rights Reserved.


PLAINTIFF'S EXHIBIT H

FPJO 1423                                    - 2 -

6. Build up your Clear Expansion Committee by holding events, briefings, etc.--using any standard actions to recruit members and get them hatted and into production.
                                                                CEC CHAIRMAN

7. Keep weekly graphs of (A) NUMBER OF PEOPLE WHO RECEIVED SOME LRH TECH FROM A CLEAR EXPANSION COMMITTEE OR OT COMMITTEE MEMBER, AND (B) NUMBER OF PEOPLE ARRIVED ONTO SERVICE IN AN ORG OR MISSION THROUGH ONE OR MORE OF YOUR CLEAR EXPANSION COMMITTEE OR OT COMMITTEE MEMBERS.
                                                                CEC CHAIRMAN

8. In your weekly report to your Continental Expansion Committee Chairman, include a summary of how execution is going on these Project Orders and the specific targets completed for the week (on these Project Orders--and for all Project Orders being executed by Clear Expansion Committee members).
                                                                CEC CHAIRMAN

**VITAL TARGETS**:

1. Realize that Scientology is the only route out to Total Freedom and allow nothing to get in the way of getting volume public driven onto The Bridge to Total Freedom.
                                                                CEC CHAIRMAN

2. If any target gets bugged, use HCO PL 23 Aug 79R II, DEBUG TECH CHECKLIST to get it debugged.
                                                                CEC CHAIRMAN

3. Use standard LRH policy on running a third dynamic to keep your Clear Expansion Committee productive and expanding.
                                                                CEC CHAIRMAN

4. Use all on-policy means to drive in public.
                                                                CEC CHAIRMAN

5. As you discover highly successful ways to drive in public, get these actions strengthened.
                                                                CEC CHAIRMAN

6. Run the Clear Expansion Committee on statistics (see Primary Target #7 above), with proper use of conditions formulas.
                                                                CEC CHAIRMAN

**OPERATING TARGETS**:

1. Hand out Project Orders to your Clear Expansion Committee Members and get them into execution:

   A. Hold a meeting of your Clear Expansion Committee. Brief them on the data covered in the "INFORMATION" section of these Project Orders. Let them know they are part of a Call to Arms to DRIVE VOLUME PUBLIC INTO THE ORG FOR SERVICE.
                                                                CEC CHAIRMAN

   B. Hand out the specific recovery project orders to the I/Cs of the following: OT Committee, Auditors Association, WISE unit and ABLE units (The Way to Happiness, Narconon, Criminon, education groups).
                                                                CEC CHAIRMAN

   C. Hand out the Recovering Scientologists Back onto The Bridge Project Orders to a team of Clear Expansion Committee members who will get off-lines Scientologists back onto The Bridge.
                                                                CEC CHAIRMAN

   D. Hand out the Driving in New Public onto The Bridge Project Orders to a team of Clear Expansion Committee members who will drive in new public onto The Bridge.
                                                                CEC CHAIRMAN

   E. Ensure you have adequate Clear Expansion Committee members executing the recovery Project Orders and adequate Clear

FPJO 1423                                    - 3 -

> Expansion Committee members executing the new public Project Orders--so that both new public and recoveries get driven into your org in volume.
> CEC CHAIRMAN

> F.  Have all Clear Expansion Committee members read their Project Orders.
> CEC CHAIRMAN

> G.  Get teams formed up:
>
>     --Teams to recover public (e.g., by going out to the homes of off-lines public, knocking on their door, getting them briefed and into the org for the Golden Age of Tech video; by visiting Scientology businesses and getting all employees onto service; etc.)
>
>     --Teams to drive in new public (e.g., bookselling teams; teams to body route or hand out promo; field auditing groups; etc.)

> H.  Set quotas for the number of public to be recovered onto service, and the number of new public to be gotten onto their first service. Get these broken down to individual quotas for each Clear Expansion Committee member.
> CEC CHAIRMAN

> I.  Brief them on the current FSM awards program.
> CEC CHAIRMAN

> J.  Have all Clear Expansion Committee members work out immediate actions they can take to drive in public--and GET THEM GOING!
> CEC CHAIRMAN

2.  Follow through and ensure dones are being gotten on the Project Orders--with public being driven in for service as a result.
CEC CHAIRMAN

3.  Follow through and ensure the teams (formed up in Operating Target OT 1G above) are effectively driving in public onto service.
CEC CHAIRMAN

4.  Set up and keep in a weekly Dissemination Workshop whereby FSMs and Clear Expansion Committee members can DRILL, DRILL, DRILL all of the dissemination tech and registration tech as laid out in the recovery Project Orders and the new public Project Orders.
CEC CHAIRMAN

5.  By increasing the competence of Clear Expansion Committee members in dissemination tech, increase the volume of public driven into your org and onto service by Clear Expansion Committee members.
CEC CHAIRMAN

6.  At every Friday Graduation, include a section to give news and wins generated by Clear Expansion Committee members. Use this to get more recruits into the Clear Expansion Committee.
CEC CHAIRMAN

7.  Send any great wins or news of Clear Expansion Committee members to the Field Control Aide FB via the A/Field Control Aide of your continent.
CEC CHAIRMAN

8.  Get more Clear Expansion Committee and OT Committee members recruited by running a campaign to get the existing members to each recruit one more member.
CEC CHAIRMAN

9.  Generate an org-wide campaign to activate on-lines public as members of the Clear Expansion Committee and get more members as a result. Make this a campaign to _include_ the public--ANYONE can contribute as a Clear Expansion Committee member in some capacity to help forward the

FPJO 1423                      - 4 -

purpose of driving in public (Ref: HCO PL 14 Dec 70, GROUP SANITY, which states: "Letting people **INTO** the group at large is the key to every great movement and bettered culture on this planet." ... "The org which **excludes** its own field members will fail.")--LRH

                                                              CEC CHAIRMAN

10. Get the first Clear Expansion Committee member through his full set of Project Orders. Send these up (along with evidence for each of the done targets) to the Field Control Aide FB via the A/Field Control Aide of your Continent.

                                                              CEC CHAIRMAN

**PRODUCTION TARGET**:

   These project orders fully completed within 6 weeks with the following stat in Affluence: NUMBER OF PEOPLE ARRIVED ONTO SERVICE IN AN ORG OR MISSION THROUGH ONE OR MORE OF YOUR CLEAR EXPANSION COMMITTEE OR OT COMMITTEE MEMBERS.

**PROJECT COMMUNICATION**:

   Send compliance reports on the completion of each target of these project orders to the Field Control Aide FB via the A/Field Control Aide of your continent.

                                   Lt. Cmdr Ron Seagal
                                   FIELD CONTROL AIDE FB

                                   Authorized by
                                   AVC FLAG LIAISON OFFICE

                                   for
                                   CHURCH OF SCIENTOLOGY
                                   INTERNATIONAL

CSI:AVCFLO:RS:tn

Grateful acknowledgment is made to L. Ron Hubbard Library for permission to reproduce selections from the copyrighted works of L. Ron Hubbard. THE BRIDGE, FLAG, HCO, LRH, OT and SCIENTOLOGY are trademarks and service marks owned by Religious Technology Center and are used with its permission. WISE is a trademark, service mark and collective membership mark owned by World Institute of Scientology Enterprises International. CRIMINON, ABLE and NARCONON are trademarks and service marks owned by Association for Better Living and Education International. THE WAY TO HAPPINESS is a trademark owned by the L. Ron Hubbard Library and used with its permission. SCIENTOLOGIST is a collective membership mark designating members of the affiliated churches and missions of Scientology. Printed in U.S.A.