SEA ORGANIZATION

FLAG PROJECT ORDER 1420             12 September 1996

TO:    CLEAR EXPANSION COMMITTEE MEMBERS,
       ABLE
       ALL ORGS

INFO: CONT EXPANSION COMMITTEE
       FLAG EXPANSION COMMITTEE

*Tom = ABLE Unit I/C*

## CLEAR EXPANSION COMMITTEE:

### RECOVERING SCIENTOLOGISTS BACK ONTO THE BRIDGE

#### PROJECT ORDERS

for

### THE WAY TO HAPPINESS I/C

### EDUCATION GROUPS I/C

### NARCONON I/C

### CRIMINON I/C

**PROJECT INFORMATION:**

     With the Golden Age of Tech, the gates are now wide open to make anyone a perfect auditor and to move him up The Bridge to fully trained OT. Rave wins and successes pour in daily from public who are availing themselves of the advances of the Golden Age of Tech. Factually, it is _simple_ for any being to secure his own eternity. The only requirement? That he get onto service!

     There are still THOUSANDS of off-lines Scientologists who are not briefed on the Golden Age of Tech. In order to begin to get a reality on what the Golden Age of Tech is all about, one must see the Golden Age of Tech video and the Golden Age of Tech for OTs video. He must also get some direct, _hands-on_ experience in DOING the drills of the Golden Age of Tech.

     As stated in LRH ED 348 INT RON'S JOURNAL 37, 13 March 1983:

     "So we come to this legacy of tech. It is the route, which if purely used, uncorrupted and unperverted, will bring you at last to the vast free vistas of freedom and truth and the glory of being really you.

     "But this is not all, and this is my true message to you this Birthday: IF _YOU_ _KNOW_ THE TECH, IT WILL PROTECT YOU." ...

     "It means of course that you yourself must more than whiff at the bouquet of tech. It means hard and earnest study and precise application for only those will bring it into full bloom in your life." ...

     "There are vistas never dreamed of, there are joys never even known, there are glories no past glory ever surpassed. These wait for you but only if you accept my legacy and help bring these things about." - LRH

**PROJECT PURPOSE:**

     TO GET VOLUME SCIENTOLOGISTS BACK ONTO THE BRIDGE TO TOTAL FREEDOM.

**MAJOR TARGETS:**

1. MEMBERS OF THE ABLE UNITS IN THE CLEAR EXPANSION COMMITTEE WHO ARE HATTED ON THE TECH OF RECOVERING STUDENTS AND PCs AND ADEQUATELY BRIEFED AND DRILLED TO DO SO.

2. ALL ABLE UNITS IN THE CLEAR EXPANSION COMMITTEE EFFECTIVELY GETTING SCIENTOLOGISTS RECOVERED AND BACK ON THE BRIDGE TO TOTAL FREEDOM.

Unpublished work: © 1996 CSI. All Rights Reserved.


PLAINTIFF'S EXHIBIT I

FPJO 1420                             - 2 -

**PRIMARY TARGETS:**

1. Accept full responsibility for getting these Project Orders fully done.
                                                    _____
                                                    ABLE UNIT I/C

2. Read and understand these project orders.
                                                    _____
                                                    ABLE UNIT I/C

3. Put the project orders in a folder and keep all related papers in this folder.
                                                    _____
                                                    ABLE UNIT I/C

4. Set a deadline by which each of the targets will be done.
                                                    _____
                                                    ABLE UNIT I/C

5. Attend weekly Clear Expansion Committee meetings and thereby maintain communication and coordination with all members.
                                                    _____
                                                    ABLE UNIT I/C

6. Stay in comm with applicable org staff and get help when you need it.
                                                    _____
                                                    ABLE UNIT I/C

7. Keep a weekly graph of the statistic NUMBER OF SCIENTOLOGISTS RECOVERED BACK ONTO THE BRIDGE BY A MEMBER OF _____ (ABLE UNIT, i.e., TWTH UNIT, EDUCATION GROUPS UNIT, CRIMINON UNIT or NARCONON UNIT).
                                                    _____
                                                    ABLE UNIT I/C

**VITAL TARGETS:**

1. Realize that Scientology is the only route out to Total Freedom and allow nothing to get in the way of driving volume public onto The Bridge to Total Freedom.
                                                    _____
                                                    ABLE UNIT I/C

2. If any target gets bugged, see the Clear Expansion Committee Chairman and ensure the target is debugged with application of HCO PL 23 Aug 79R II DEBUG TECH CHECKLIST.
                                                    _____
                                                    ABLE UNIT I/C

**OPERATING TARGETS:**

1. Strengthen any ongoing actions that are resulting in members of your ABLE unit getting public recovered onto service.
                                                    _____
                                                    ABLE UNIT I/C

2. Have all members of your ABLE unit do the full Golden Age of Tech Recovering Students and PCs drills.
                                                    _____
                                                    ABLE UNIT I/C

3. Have all members of your ABLE unit list out every Scientologist in the area who they know is not currently on service. Brief them on their role in helping to get volume public recovered onto service. Brief them on the current FSM award game.
                                                    _____
                                                    ABLE UNIT I/C

4. Coordinate with all other members in your ABLE unit with regard to their lists of people not on service. Work out who is going to contact each person.
                                                    _____
                                                    ABLE UNIT I/C

5. Get members of your ABLE unit getting these Scientologists contacted and recovered back onto service.
                                                    _____
                                                    ABLE UNIT I/C

6. CONDITIONAL: For those members in the ABLE unit who work in an ABLE group (e.g., an Applied Scholastics school, Narconon group, etc.) have them get any Scientologists in that group onto service.
                                                    _____
                                                    ABLE UNIT I/C

FPJO 1420                          - 3 -

7. Form up teams of Scientologists who are involved in the ABLE sector. Have them go out to all ABLE groups in the area (e.g., Applied Scholastics schools, TWTH groups, Narconons, etc.). Get the Scientologists in these groups into the org to see the Golden Age of Tech video and the Golden Age of Tech for OTs video. Get them onto their Golden Age of Tech TIP Routing Form and onto service.
                                                        ABLE UNIT I/C  _____

## USING ORIENTATION TO RECOVER SCIENTOLOGISTS BACK ONTO THE BRIDGE

8. Have all members of your ABLE unit see the Orientation film in a new unit of time.
                                                        ABLE UNIT I/C  _____

9. Have all members of your ABLE unit drill bringing in public to see the Orientation film to get them recovered back onto The Bridge.
                                                        ABLE UNIT I/C  _____

10. With use of the Orientation film, get public recovered onto service by members of your ABLE unit.
                                                        ABLE UNIT I/C  _____

## INCREASING COMPETENCE IN CAPITALIZING ON THE GOLDEN AGE OF TECH TO RECOVER SCIENTOLOGISTS BACK ONTO THE BRIDGE

11. Have all members of your ABLE unit get briefed on the Golden Age of Tech:

   A. Have them see the May 9th video in a new unit of time.
                                                        ABLE UNIT I/C  _____

   B. Have them read Inspector General Network Bulletin No. 22 A NEW GOLDEN AGE OF TECH.
                                                        ABLE UNIT I/C  _____

   C. Have them see the Golden of Age of Tech for OT video in a new unit of time.
                                                        ABLE UNIT I/C  _____

   D. Have them read Inspector General Network Bulletin No. 23 BUSTING OPEN THE TOP OF THE BRIDGE.
                                                        ABLE UNIT I/C  _____

   E. Have them get briefed on wins from the Golden Age of Tech.
                                                        ABLE UNIT I/C  _____

   F. Have them get briefed by the Senior C/S on the Golden Age of Tech services delivered by your local org--including the expanded FPRD and the Auditor Revitalization program.
                                                        ABLE UNIT I/C  _____

   G. Have them read the Golden Age of Tech brochure.
                                                        ABLE UNIT I/C  _____

   H. Have them read Senior C/S Int Bulletin 168 AUDITOR REVITALIZATION.
                                                        ABLE UNIT I/C  _____

12. With the increased KRC from 11A-H above, get more public recovered onto service by members of your ABLE unit.
                                                        ABLE UNIT I/C  _____

13. Have them do further drilling on the Golden Age of Tech:

   A. Have them do Golden Age of Tech drills--such as the ARC and Barriers to Study drills. Get familiar with how the Golden Age of Tech drills work BY HANDS-ON DOINGNESS.
                                                        ABLE UNIT I/C  _____

FPJO 1420                        - 4 -

 B. Have them read and drill using the GOLDEN AGE OF TECH SELLING POINTS.
                 _____
                 ABLE UNIT I/C

 C. Have them read and drill using the SALES PATTER FOR THE GOLDEN AGE OF TECH.
                 _____
                 ABLE UNIT I/C

14. Get the skills gained from the drilling done in 13A-C above used to get more public recovered onto service by members of your ABLE unit.
                 _____
                 ABLE UNIT I/C

**GETTING COMPETENT IN PROPERLY USING ORG LINES AND TERMINALS**

15. Have the members of your ABLE unit get in communication with the terminals in your org holding the following posts: Deputy ED for Delivery and Exchange, DTS, D of T, D of P, Registrars, Qual Sec, Chaplain, Ethics Officer. Get out of Non-E so you know what's needed and wanted in order to work with the above terminals to get maximum public recovered onto The Bridge.
                 _____
                 ABLE UNIT I/C

16. With the applicable org staff, have all members of your ABLE unit go through a dummy run of the Golden Age of Tech TIP Routing Form until they are thoroughly familiar with how it works and can use it.
                 _____
                 ABLE UNIT I/C

**GETTING MORE COMPETENT IN DISSEMINATION AND REGISTRATION TECH**

17. Have all members of your ABLE unit read and drill the Dissemination Formula as per HCO PL 23 Oct 65.
                 _____
                 ABLE UNIT I/C

18. Get the dissemination drill used by members of your ABLE unit to get public recovered onto service.
                 _____
                 ABLE UNIT I/C

19. Have all members of your ABLE unit do each of the Registrar Drills:

   Reg Drill #1:
                 _____
                 ABLE UNIT I/C

   Reg Drill #2:
                 _____
                 ABLE UNIT I/C

   Reg Drill #3:
                 _____
                 ABLE UNIT I/C

   Reg Drill #4:
                 _____
                 ABLE UNIT I/C

   Reg Drill #5:
                 _____
                 ABLE UNIT I/C

   Reg Drill #6:
                 _____
                 ABLE UNIT I/C

   Reg Drill #7:
                 _____
                 ABLE UNIT I/C

   Reg Drill #8:
                 _____
                 ABLE UNIT I/C

   Reg Drill #9:
                 _____
                 ABLE UNIT I/C

   Reg Drill #10:
                 _____
                 ABLE UNIT I/C

   Reg Drill #11:
                 _____
                 ABLE UNIT I/C

   Reg Drill #12:
                 _____
                 ABLE UNIT I/C

FPJO 1420                              - 5 -

    Reg Drill #13:
                                                                                         ABLE UNIT I/C

20. Get the skills gained from doing the registrar drills to increase the number of public recovered onto service.
                                                                ABLE UNIT I/C

**PRODUCTION TARGET:**

    These project orders fully completed within 6 weeks with the statistic of NUMBER OF SCIENTOLOGISTS RECOVERED BACK ONTO THE BRIDGE BY A MEMBER OF_____(ABLE UNIT) in AFFLUENCE.

**PROJECT COMMUNICATION:**

    Send reports on the completion of each target of these project orders to the Field Control Aide Flag Bureaux via the Chairman of the Cont Expansion Committee.

                                                    Lt. Cmdr. Ron Seagal
                                                    FIELD CONTROL AIDE FB

                                                   Authorized by
                                                   AVC FLAG LIAISON OFFICE

                                                   for
                                                   CHURCH OF SCIENTOLOGY
                                                   INTERNATIONAL

CSI:AVCFLO:RS:mv

Grateful acknowledgment is made to L. Ron Hubbard Library for permission to reproduce a selection from a copyrighted work of L. Ron Hubbard. THE BRIDGE, FLAG, HCO, LRH, OT and SCIENTOLOGY are trademarks and service marks owned by Religious Technology Center and are used with its permission. ABLE, CRIMINON, APPLIED SCHOLASTICS and NARCONON are trademarks and service marks owned by Association for Better Living and Education International. THE WAY TO HAPPINESS is a trademark owned by the L. Ron Hubbard Library and used with its permission. SCIENTOLOGIST is a collective membership mark designating members of the affiliated churches and missions of Scientology. Printed in U.S.A.