# CLEAR EXPANSION COMMITTEE



# DIRECTORY
# 2002


PLAINTIFF'S EXHIBIT
J

# CLEAR EXPANSION COMMITTEE DIRECTORY

Flag's Clear Expansion Committee has the purpose of coordinating all Scientologists and Scientology® groups and uniting their efforts to clear their area through broad scale dissemination and delivery of the tech.

**CEC PRESIDENT**  Paula Paiewonsky
paulap@finelightstudio.com  447-7129

**CEC PRESIDENT'S COMMUNICATOR**  Darlene Swanson
darlene@van-garde.com  446-6601

**AUDITORS ASSOCIATION SECRETARY**  Sheryle Festa-Irons
irons7777@prodigy.net  461-9856

**DEPUTY SECRETARY**  Kathy Feshbach
kmf@gte.net  501-1514

**RICHARD ALMSTEAD**  503-5027

**ANDERSON-FULLER GROUP**  Ian Anderson
  447-7680

**ANDREANI FIELD GROUP**  Gerard & Carole Andreani
  796-9790

**THE AUDITORS GROUP**  Phyllis Franklin
phyl88@aol.com  461-7028

**BETTER LIFE CENTER**  Grace Hunter
  461-9098

1



| | |
|---|---|
| **CENTER FOR PERSONAL ENHANCEMENT**<br>StanDubin@aol.com | Stan Dubin<br>447-4500 |
| **CLEARWATER PERSONAL CONSULTING**<br>mdeeulio@yahoo.com | Mark DeEulio<br>443-6808 |
| **EISENMAN FIELD PRACTICE**<br>eisenman@earthlink.net | Whayne Eisenman<br>441-9352 |
| **GIL FIELD GROUP** | Pedro Gil<br>725-4711 |
| **GRANT FIELD GROUP**<br>grantsmail@earthlink.net | Theo Grant<br>446-4446 |
| **CHARLIE GROFF** | 480-5690 |
| **HARRIET HUGHES** | 441-8272 |
| **ITALY FIELD GROUP**<br>agrande1@tampabay.rr.com | Alba Grande<br>449-8442 |
| **JUNEAU & ASSOCIATES FIELD GROUP**<br>abby.juneau@gte.net | Abby Juneau<br>725-2701 |
| **BRIAN KENNEDY** | 584-4223 |
| **LONGEVITY LIFESTYLES**<br>rjbucha@attglobal.net | Becky Buchanan<br>449-0346 |

# CLEAR EXPANSION COMMITTEE DIRECTORY

| | |
|---|---:|
| **MACE-KINGSLEY FAMILY CENTER** | 442-3922 |
| Betsy Cramb | Jeff Avrin |
| Ed Cramb | Hemda Ginzberg |
| Mike Grope | Sunok Grope |
| Don Hood | Gisela Mage |
| Sandy Mesmer | Alicia Regensberg |
| Greg Smith | Jennifer Sundance |
| Lavina Van Hoeke | |
| | |
| **MARQUARDT FIELD GROUP** | Kristine Marquardt |
| weserviceyou@yahoo.com | 446-0050 |
| | |
| **LES MOORE** | 734-2604 |
| | |
| **PAIEWONSKY FIELD GROUP** | Irving Paiewonsky |
| | 447-7129 |
| | |
| **SAFETY HARBOR AUDITING CENTER** | Lisa & Kevin Tighe |
| 449-8611 | |
| | |
| **ROBERT SCHWARTZ** | 443-6413 |
| | |
| **CARL SITLER** | 736-4765 |
| | |
| **SMITH FIELD GROUP** | Renato Smith |
| | 448-1013 |
| | |
| **ALEX STRIJEWSKI** | 466-0716 |
| | |
| **JO STRUTHERS** | 442-2642 |
| | |
| **TAMPA BAY AUDITING CENTER** | John Bellmaine |
| bellmain@gte.net | 797-6987 |



**CLEARWATER BUSINESS ASSOC. President**      John Lindman
llindman@msn.com                                                    797-0567

**Clearwater Business Assoc. Programs Director**      Ron Weidoff
NaturalC@tampabay.rr.com                                    442-6391

**CCHR I/C**                                                           Matt Argall
ccommis1@tampabay.rr.com                             442-8820

**CRIMINON I/C**                                                Denise Licciardi
info@criminon-inc.org                                         449-0838

**EDUCATION I/C**                                          Louise Cournoyer
p.cournoyer@prodigy.net                                  449-9876

   A Star Academy                                             Karen Singhrs
                                                                          738-0111

   Applied Scholastics, East US                        Debbie Shadd
   apseusdebby@aol.com                                 449-8279

   Back To Basics School                     Joan & Mallory Pasco
   pasco438@cs.com                                         441-4090

   California Ranch School Independent Academy    Mary Adams
   maryadams88@hotmail.com                           461-7273

   Clearwater Academy International            Suzanne Johnson
   suzannejohn@juno.com                                446-1722

4


# CLEAR EXPANSION COMMITTEE DIRECTORY

| | |
|---|---|
| **DELPHI ACADEMY**<br>delphifl@earthlink.net | Sandy Adair<br>447-6385 |
| **LITTLE SCHOOL** | Vivian Little<br>461-9373 |
| **LIVE OAK SCHOOL**<br>herbtea@gte.net | Debbie Radstrom<br>447-7911 |
| **TERRY JAMES TUTORING GROUP** | Terry James<br>726-9263 |
| **THOMPSON EDUCATIONAL**<br>449-8279 | Patty & Ed Thompson |
| **THE LEARNING CONNECTION**<br>tlcinc@earthlink.net | Annette Primiani<br>443-5353 |
| **TINKELENBERG TUTORING**<br>rptink@intnet.net | Richard Tinkelenberg<br>443-3355 |
| **TYNA EICHENLAUB TUTORING** | Tyna Eichenlaub<br>448-1044 |
| **WELCH TUTORING**<br>awelch@tampabay.rr.com | Anita Welch<br>669-9654 |
| **WORLD LITERACY CRUSADE™**<br>clairez@tampabay.rr.com | Claire Cournoyer<br>441-4444 |



## GUNG-HO GROUPS I/C
joanie@tampabay.rr.com

Joanie Sigal
461-1975

### CCV EXECUTIVE COMMITTEE

| | | |
|---|---|---|
| Candace Zillweger | cmz8@aol.com | 466-0101 |
| Betsy Roush | brroush@aol.com | 469-8801 |
| Pam Barton | raynpam8@aol.com | 449-8713 |
| Katie Chamberlain | art@agentmediacorp.com | 446-1100 |
| Arlene Rich | arich@tampabay.rr.com | 298-0186 |
| Craig Burton | coo@agentmediacorp.com | 446-1100 |
| Gloria Slaughter | gloria@intnet.net | 446-1100 |
| Pam Ryan | ryanrealty@earthlink.net | 442-2282 |

### D/GHG I/C FOR ARTISTS IN ACTION
arich@tampabay.rr.com

Arlene Rich
442-3922

### ARTISTS IN ACTION I/C
ihaug@tampabay.rr.com

Irmgard Haug
441-1798

### COMMUNITY CHOIR I/C
curlysing@aol.com

Nancy West
441-8384

### KIDS ON STAGE I/C
opt4life@aol.com

Kate Ryan
443-0698

### POETS & WRITERS GUILD I/C
elysevanb@aol.com

Elyse Van Breeman
446-4839

### STORY TELLERS REP.
richel8@hotmail.com

Richel Lavette
444-4462

### BOY SCOUTS I/C (CHARTER ORG REP)
tawright@wrightmark.com

Tom Wright
298-5426

# CLEAR EXPANSION COMMITTEE DIRECTORY

| | |
|---|---|
| **CUB SCOUT PACK #313 (BOYS AGE 6-11)**<br>ray@agentmediacorp.com | Ray Hemphill<br>446-1100 |
| **BOY SCOUT TROOP #313 (BOYS 11-18)**<br>bdivenuti@aol.com | Bob DiVenuti<br>531-5697 |
| **VENTURE CREW #313 (CO-ED AGES 14-21)**<br>joanie@tampabay.rr.com | Joanie Sigal<br>461-1975 |
| **D/GHG I/C FOR BRIDGE REVITALIZATION**<br>jessica@competencesw.com | Jessica Byrnes<br>298-0341 |
| **D/GHG I/C FOR DOWNTOWN & BUSINESS RELATIONS**<br>coo@agentmediacorp.com | Craig Burton<br>446-1100 |
| **CHERISH THE CHILDREN FOUNDATION I/C**<br>Mfriedman@event-management.com | Marsha Friedman<br>443-7115 |
| **D/GHG I/C FOR DIANETICS ATHLETIC ASSOC.**<br>gloria@intnet.net | Gloria Slaughter<br>446-1100 |
|     **BASKETBALL TEAM I/C**<br>    lewis@scimagiccarpets.com | Lewis Steinman<br>461-1013 |
|     **RUNNING TEAM I/C**<br>    gloria@intnet.net | Gloria Slaughter<br>446-1100 |
|     **SWIM TEAM I/C**<br>    magnessf@gte.net | Bob Magness<br>738-1692 |
|     **SAY NO TO DRUGS RACE I/C**<br>    alxandra@gte.net | Chris Alexander<br>446-3516 |



| | |
|---|---|
| **FRIENDLY NEIGHBORS COMMITTEE I/C**<br>mmjp123@aol.com | Mary Jo Pagel<br>724-1932 |
| **D/GHG I/C FOR FUND RAISING**<br>pclouden@tampabay.rr.com | Pat Clouden<br>586-3786 |
| **D/GHG I/C FOR GIRL SCOUTS**<br>lisa.cummins2@gte.net | Lisa Cummins<br>738-4093 |
|    **GIRL SCOUTS LEADER I/C**<br>   lfbdfn@aol.com | Joy Divenuti<br>531-5697 |
|    **TROOP #161**<br>   lfbdfn@aol.com | Joy Divenuti<br>531-5697 |
|    **TROOP #903** | Sally Van Quaethem<br>461-5313 |
|    **TROOP #250**<br>   gertraudp@msn.com | Gertie Perry<br>466-0036 |
|    cathykamhi@hotmail.com | Cathy Kamhi<br>507-0344 |
|    **TROOP #265**<br>   janette.haugen@verizon.net | Janette Haugen<br>446-6466 |
| **D/GHG I/C FOR PUBLIC RELATIONS**<br>eclark1843@cs.com | Ed Clark<br>442-6156 |
| **D/GHG I/C FOR SPECIAL EVENTS**<br>lkoken@tampabay.rr.com | Leslie Stubblefield<br>462-0257 |

Keri Lee - Promo
Adrian Austin - Promo
Irmgard Haug - Entertainment
Mark Freedman - Audio/Visual

8

# CLEAR EXPANSION COMMITTEE DIRECTORY

**HPRO I/C**  Joy Rockwell
joyrockwell@postcardmania.com  441-4704

**NARCONON I/C**  Larry Byrnes
lbyrnes@competencesw.com  298-0341

   ED NARCONON FLORIDA  Cheryl Alderman
  447-4799

**OT® COMMITTEE CHAIRMAN**  Kaye Champagne
kayechampagne@intnet.net  446-2432

   DEPUTY INTERNATIONAL I/C  Daphna Fischler
   sfischl1@tampabay.rr.com  449-2209

   DEPUTY FLAG I/C  Janice Batey
  461-4549

**OT AMBASSADORS I/C**  Sandy Adair
delphifl@earthlink.net  447-6385

   D/OTA I/C  Paula Ellenburg
   pellen@tampabay.rr.com  581-2733

**SMI I/C**  Ann Manierre
  443-4111

   CLEARWATER MISSION  Ann Manierre
  443-4111

9



| | |
|---|---|
| PALM HARBOR MISSION | Clearwater Mission |
| | 443-4111 |
| | |
| BELLEAIR MISSION | Kathy Feshbach |
| cofsbelleairmission@intnet.net | 501-9996 |
| | |
| SARASOTA MISSION | Colleen Wilhite |
| | 941-926-2466 |

## TWTH I/C

Yurii Obolensky
742-0896

DEPUTY I/C

Judah Dobin
446-4182

TWTH SAILING CLUB

Scott Rhodes
446-2541

TWTH KIDS CLUB
magnesskit@cs.com

Kitty Magness
735-9593

TWTH GOLF TOURNAMENTS
stevencperry@msn.com

Steve Perry
466-0036

## VOLUNTEER MINISTERS I/C

Alicia Regensburg
442-3922

Co-VM I/C
arich@tampabay.rr.com

Arlene Rich
442-3922

# CLEAR EXPANSION COMMITTEE DIRECTORY

| | |
|---|---|
| **CLEARWATER ASSIST GROUP** | Debbie Witter |
| | 726-5193 |
| **COACHMAN RIDGE GROUP I/C** | Maryta Jensen |
| orion9@gte.net | 446-9867 |
| **OSCEOLA/IROQUOIS GROUP I/C** | Joanne Baker |
| josephina8@altavista.net | 461-4314 |
| **KIDS/PARENTS GROUP I/Cs** | Tina Turbin |
| | 738-4888 |
| | Debbie Radstrom |
| herbtea@gte.net | 298-8341 |

## VOLUNTEER MINISTER CHAPTERS

| | |
|---|---|
| **HOSPITALS CHAPTER** | Peggy Cote |
| | 442-9520 |
| **DOWNTOWN CHAPTER** | Peter Vicente |
| petervicente@aol.com | 888-711-1046 |
| **CLEVELAND NORTH TO HERCULES WEST CHAPTER** | Marian King |
| | 449-1567 |
| **BELCHER EAST TO EAST BAY CHAPTER** | Gerhard Haag |
| | 712-3324 |
| **HIGHLAND EAST TO CLEVELAND SOUTH CHAPTER** | Cathy Vangieri |
| | 441-3214 |
| **CLEARWATER CHAPTER** | Yamila Sene |
| | 799-8756 |



| | |
|---|---|
| **COUNTRYSIDE TO NE CLEARWATER CHAPTER** | Dennis Camara<br>455-1999 |
| **HERCULES EAST TO US 19 CHAPTER**<br>steven@words-images.com | Steve Ferry<br>442-3617 |
| **CLEARWATER MISSION CHAPTER** | Liz Sikes<br>446-4441 |
| **DUNEDIN CHAPTER**<br>lisa.cummins2@gte.net | Lisa Cummins<br>738-4093 |
| **HILLSBOROUGH COUNTY CHAPTER** | Lyn Miller<br>813-872-0722 |

## WISE I/C
breichel@tampabay.rr.com

Bud Reichel
441-1972

| | |
|---|---|
| **HUBBARD® COLLEGE OF ADMINISTRATION ED**<br>mueller11@aol.com | Sue Mueller<br>446-7396 |
| **PROFESSIONAL CONSULTANTS ASSOC. OF FLORIDA**<br>jefflee@juno.com | Jeff Lee<br>298-8822 |
| **BUSINESS EXPANSION CLUB**<br>kirkpt@ix.netcom.com | Shaun Kirk<br>723-2740 |
| **SPEAKERS GUILD I/C** | Lewis Steinman<br>446-2432 |
| **WISE® CHARTER COMMITTEE CHAIRMAN**<br>grahamp14@aol.com | Graham Payne<br>446-2544 |



| | |
|---|---|
| **SUMMIT MANAGEMENT**<br>grahamp14@aol.com | Graham Payne<br>443-2223 |
| **MEASUREABLE SOLUTIONS**<br>jefflee@juno.com | Jeff Lee<br>443-1786 |
| **STAN DUBIN**<br>StanDubin@aol.com | Stan Dubin<br>447-4500 |
| **VALKO & ASSOCIATES** | Kirk Burness<br>446-4161 |

**Ideal Scene:** 10,000 to 15,000 active Scientologists™ moving on The Bridge® and participating in activities that get LRH's tech disseminated and delivered in the local community.

**VFP:**
1. A cleared Tampa Bay area
2. Scientologists moving up The Bridge.
3. A bettered area through the application and use of LRH™ tech.
4. Scientology safe-pointed and the community reaching for LRH tech to improve conditions.

© 2002. CSFSO. All Rights Reserved. THE BRIDGE, LRH, FLAG, CLEAR EXPANSION COMMITTEE SYMBOL, OT, DIANETICS, and HUBBARD are trademarks and service marks owned by Religious Technology Center and are used with its permission. World Literacy Crusade is a trademark owned by Association for Better Living and Education and is used with its permission. CCHR is a trademark and service mark owned by Citizens Commission on Human Rights. WISE is a trademark, service mark and collective membership mark owned by World Institute of Scientology Enterprises. Narconon and Criminon are trademarks and service marks owned by Association for Better Living and Education and are used with its permission. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks.



*"Others talk about a better world, We are making one."*

L. Ron Hubbard
Ron's Journal 28