# SCIENTOLOGY NEWS

ISSUE 27

## The dawn of a new GOLDEN AGE of ORGANIZATION

YOUR SCIENTOLOGY

SPECIAL SOURCE PRESENTATION BY THE LRH BIOGRAPHER
**L. RON HUBBARD: His story at Saint Hill Manor**

 PLAINTIFF'S EXHIBIT K

# A NEW CIVILIZATION ON THE HORIZON

As Scientologists from across the globe gathered at Flag this year to honor Mankind's greatest friend, they did so in larger numbers than ever—and for good reason. For they were about to witness one of the most important events in history.

It all began as Chairman of the Board RTC, Mr. David Miscavige, briefed the audience on the strategic progress made on all fronts in our war against the universal scourges of drugs, illiteracy and immorality. And for the coming year, there was news of massive plans to dramatically increase these efforts.

In terms of Bridge progress, there was also much to celebrate as Scientologists moved up the Grade Chart faster and in greater numbers than ever.

But the best news of all was also the gift we gave Ron on this birthday—four new Ideal Orgs, one already Saint Hill size, and a long list of others in the making and coming very fast.

Forming a living bridge across the planet, these new orgs are a giant step on our road to planetary clearing, for they will bring Ron's priceless tech to all the peoples of Earth.

In the pages of this *International Scientology News* you will read about our expansion plans for the coming year and your place on the org board of Scientology to make these plans happen.

For the full story go into your Church of Scientology and see the video of this landmark event.



# CONT



## LRH Articles

**TURNING THE ISLANDS INTO THE SEA**    4
*by L. Ron Hubbard*

**YOUR SCIENTOLOGY ORGS AND WHAT THEY DO FOR YOU**    14
*by L. Ron Hubbard*

## Feature Articles

**TAKING EXPANSION TO A WHOLE NEW LEVEL**    6
*Chairman of the Board RTC, Mr. David Miscavige, opened this year's LRH Birthday Celebration.*

**L. RON HUBBARD: HIS STORY AT SAINT HILL MANOR**    8
*A special Source presentation by the LRH Biographer.*

**A TURNING POINT IN OUR HISTORY**    16
*Chairman of the Board RTC announced the launch of a Golden Age of Organization.*





**Flipping the switch at an exponential level on all we do to clear a planet, the launch of the Golden Age of Organization means expansion at the correct orders of magnitude.**

# A Turning Point in our History

The standard every org is meant to emulate began with one man, and a handful of staff, non-Scientologists at that. Yet what we represent today is a global movement across every sector of society, thousands of groups, missions and organizations, millions strong.

"Moreover—and let's bear this in mind—the salvage of a planet is something that does span all areas where LRH tech must be employed—and all else we do to reverse the dwindling spiral, through social, governmental, and Human Rights reform."

With these words, Mr. David Miscavige, Chairman of the Board RTC, began a landmark briefing on the essential core of our crusade to clear a planet. For at the heart and soul of every sector of our activity—even our work in the fields of education, rehabilitation and success in the workplace—are our organizations.

"And while you've heard it said that what LRH most wished for on his birthday was expansion," Mr. Miscavige continued, "let's not also forget, he defined that expansion in very specific terms. ... LRH asked for a gift on his birthday that specifically named one thing that would represent them all—our organizations. And if the reason for that has previously been missed, it's about to take on unmistakable clarity. Which is to say—if we have previously given LRH the gifts he asked for—tonight we do it like never before. Because it not only is precisely what he wished for—but it's also the means by which that gift he asked for, will keep on coming."

> "LRH asked for a gift on his birthday... and if we have previously given him the gifts he asked for—tonight we do it like never before. Because it not only is precisely what he wished for—but it's also the means by which that gift will keep on coming."

The ultimate target of the LRH Birthday Game is a cleared planet, and to achieve that goal LRH gave the precise ingredient to make it happen, for the entire purpose of the Birthday Game is expanding every org on the planet above and beyond the size of Old Saint Hill.

"Exactly how we accomplish that is the subject we now address," Mr. Miscavige continued, "for if you've seen huge strides in recent years, through establishment of massive bases of operation, then here is the final element in those plans which is the keystone of it all."

### THE IMPACT OF THE WAKE-UP CALL ON OUR RELIGIOUS MOVEMENT

Our response to the wake-up call of 9/11 was a dramatic escalation of our impact on the world with a corps of 30,000 Volunteer Ministers spanning every continent; more new groups in two years than the previous two decades combined; massive new headquarters for Narconon, Applied Scholastics and The Way to Happiness spearheading those solutions globally; and the numbers of those completing OT levels hitting all-time highs, week after week.

Although this is unprecedented expansion, in truth we have barely scratched the surface. "First—let's take a look at the population of planet Earth—6.5 billion and growing," said Mr. Miscavige. "Second—with all the people we have helped, through the expansion we have achieved, has come an even greater reach in return. And for every being we salvage on the front lines, through our social betterment groups and even one-on-one with VMs, there is then the rest of the Bridge we must help them travel. And third—for all those new groups, missions and even new Social Betterment activities—behind them is an auditor.

**GO INTO YOUR ORG AND SEE THE VIDEO NOW!**



"The point is this," Mr. Miscavige continued, "no matter how else we expand—that expansion is fully dependent on our organizations. We need big ones and lots of them."

Flag, our largest org, was built by LRH as the Mecca of Scientology. It now stands 20 times greater in size than Old Saint Hill and is expanding every day. "But, let's now compare it to Earth," Mr. Miscavige said. "Here it sits, a huge presence in Clearwater, Florida. Still it's yet a single city in Florida, one of the United States, in North America—a single continent of Earth. And while it caters to thousands at a time in any given day—moving out across the world, it still is only thousands."

There are 4,203 groups, missions and organizations on planet Earth today—but there are 2,795,000 towns and cities that don't even have a group. With a population of 6.5 billion, we'd have to expand 5,750 times by tomorrow—to reach them all in the next 10 years! So how do we take it to a whole new level?

The problem is not one of how much we've grown, or the expansion of existing activities. It's a question of how do we honest-to-god, clear the planet, for real? The answer is orgs like Flag, everywhere. And thus the question becomes how do we do it?

### THE CORRECT ORDERS OF MAGNITUDE—WHAT ARE THEY?

It all comes under the heading of Orders of Magnitude—how large or how small something is in relation to other things," Mr. Miscavige continued. "And therein lies the essence of a pilot program launched by RTC last year. Specifically—not how to increase what we have, but to instead determine what it would take to now accomplish planetary clearing—at the correct order of magnitude."

How do we take all we've accomplished in 50 years and create that same cycle, at that same grand total order of magnitude achieved internationally—but in every single city, and all 50 years of progress in an instant in any given area?

"The answer lies in policy," Mr. Miscavige said, "and LRH's discovery about the pattern of this universe. And without trying to make everyone a policy expert, there is one datum that you should know. The org board represents the cycle of expansion—in short, how any organization expands. And organizations—of any type, Scientology or otherwise—go through phases, division by division, representing that cycle of expansion."

### THE PATTERN OF OUR EXPANSION EMERGES

Reviewing our history on an international basis over recent decades, a pattern emerges. In the early 1980s LRH established the international structure from which to operate—that was the Establishment, or HCO, phase.

With public awareness of Scientology less than 10 percent in the mid to late '80s, the Dissemination phase began. Today, you can hardly find a person who hasn't heard of us.

The Treasury phase followed, with the IRS recognition and the end of a 40-year war in the early '90s.

Next, and immediately following, was Technical in the mid-1990s with the Golden Age of Tech—and the ability to train auditors to perfection, and make OTs for real.

With technical standards in, we reached the Qualifications phase, removing arbitraries on Bridge progress and case progress to OT. The route up the Bridge increased by 5X and is more direct than ever.

"Which brings us to today, and Public Divisions," said Mr. Miscavige. "That's where the answer lies and the result is the Public phase we now begin. And, believe me, it is the start of an entirely new era. It's the answer to any existing org area not yet the size of Old Saint Hill—both why and how to do it in a snap. But it's much more. It is also the answer to starting, and booming, new organizations anywhere. And the ability to do that, too, in a flash."

Heralding this new era as the "Golden Age of Organization," Mr. Miscavige said some False Data Stripping was in order on the idea that expansion occurs on a gradient. For the true data on the subject, he quoted LRH on the Birthday Game: **"It is a different idea: The consideration that it takes a long time to build something is not true. That itself is an aberration, an effort to discourage destruction by pretending creation takes a long time."**

"We don't build on a gradient, slowly, and bit by bit," Mr. Miscavige continued. "Our new gradient for organizations is straight up—we do it *all*, and *right now*. And here's why. Our organizations live and breathe. Their very essence is life itself."

The entire plan of an organization—the org board—can be analogized to auditing. The actions of an org are a Third Dynamic auditing session. In order to audit, *all* elements of a standard auditing session must be present. To omit the auditor, for example, would mean no session could take place. And so it is with an org. "If one omits any part of the organization, or its functions, then the session isn't there and you won't achieve the end phenomena."

The answer is an Ideal Org, which LRH describes in these terms:

**"One could look at this ideal org and know that *this* was the place a new civilization was being established for this planet. It is the product of the causative actions of many. The end product is not just an ideal org, but a new civilization, already on its way."**

### UNDERLYING "WHY" FOUND

What we are working towards is not just a big org—it is a *new civilization*," Mr. Miscavige said. "In essence, and as you are about to see, we found the underlying Why. And that is: *They were trying to do too little*. If the product of an org is a new civilization—then it requires all components to make that new civilization. The question is not 'how to clear an individual'—it's 'how do we clear a civilization?'"

'How large do we need to be to impact the entire planet?' Or put another way—how do we honest-to-god, clear the planet, for real?

GO INTO YOUR ORG AND SEE THE





For the answers, Mr. Miscavige turned to "the org LRH ran as ED Int, and which every org strives to achieve. On the one hand—you can look at its statistics for its sheer size. But beyond that—let's look at purpose and responsibility. For Saint Hill wasn't just a big org, it was central headquarters for all Scientology activities planetwide."

And therein lay the answers at the correct orders of magnitude; and precisely why LRH called for all organizations to emulate Old Saint Hill.

"Old Saint Hill emanated every type of Scientology activity—new groups, missions and every form of LRH tech application, on an international basis," continued Mr. Miscavige. "Those were the Public Division functions of Old Saint Hill. So how do we apply that basic purpose of Old Saint Hill—responsible for all activities of Scientology planetwide—to the result of planetary clearing?"

The answer is to make every one of our orgs a Central Organization, a headquarters responsible for every sector of Scientology activity across its entire geographic zone—all of it!



The answer to planetary clearing is to make each one of our orgs a Central Organization, responsible for *every* sector of Scientology activity across an entire geographic zone.

**How do we take all we've accomplished in 50 years and create that same cycle, but in every single city and all 50 years of progress in an instant, in any given area?**

"Because, that is the next cycle of expansion, and why I also say, this is the New Era of Central Organizations."

### CREATING A NEW BREED OF ORGANIZATION

International Management bodies exist today for each sector of activity; including Scientology Missions International for missions across the planet; I HELP for field auditors and groups; and Social Betterment activities which handle drug rehabilitation, education and morality. And each one now emanates from the Central Org into the environment.

"With this new breed of Central Organization—which are also now responsible for generating them across their entire geographic zone—we instantly increase our reach 200-fold in creating this new civilization. Let there be no doubt—that is the LRH plan for planetary clearing, and what all our expansion to date has brought us to accomplishing," said Mr. Miscavige.

As to how we do it, the solution comes from an LRH discovery made while researching in the realms of OT, and the result of that discovery was the formation of the three Public Divisions as the product of an org. As LRH said, "**The theory of the org board is basically: THETAN, MIND, BODY, PRODUCT.**

"**We have hitherto had only the mind and body in an org. Consequently, we have not expanded fast enough into the public. Our task is to make a cleared civilization.**

"**As we have not provided for the public**

FOR THE FULL BRIEFING ON OUR NEW BREED





# UNDERSTANDING THE PUBLIC DIVISIONS FUNCTIONS

**Our Public Divisions are key to creating a new civilization. They are not simply to introduce new people to Scientology**

From LRH research into the realms of OT came the organizational discovery of Thetan, Mind, Body and Product. With this came the breakthrough of three Public Divisions, the inclusion of everyone on our org board and the solution to creating a cleared civilization.

**1** The Public Contact Division (6A) introduces and enlightens new people on Dianetics and Scientology.





**2** The Public Servicing Division (6B) provides all Introductory Services and also provides many public services intended for all Scientologists to be done between major actions. Here, too, is where Scientologists and non-Scientologists train to open new activities.



**3** The third division is Fields (6C) where every type of activity is formed and arranged to create a new civilization.

on our org board, it tends to become another determinism."

## PUTTING *EVERY BEING* ON OUR ORG BOARD

As to increasing our numbers with the speed necessary to get the job done, the answer is to simply bring everyone on board. "That means the entire planet—Scientologists and non-Scientologists, alike, LRH put them all on our org board, and we're about to slam on their hats!" Mr. Miscavige said.

Putting this into action means confronting the size of the org and handling as needed to accommodate its nine divisions and within that, the three Public Divisions. Whereas the bulk of our org spaces have been dedicated to Technical, with approximately one-tenth allocated for Public Divisions, to build the orgs means expanding each one so that our Public Divisions occupy no less than one-third the space of our entire organization, without reducing the space devoted to technical delivery and administration. It also means correctly understanding Public Division functions, for they are not simply to introduce new people to Scientology.

The Public Contact Division's function is to introduce and enlighten new people on Dianetics and Scientology. The Public Servicing



**Is there a way to both provide for expansion and create new organizations in such a way that it's a matter of "add water and mix"?**

Division includes all Introductory Services, and is also where we train Scientologists and non-Scientologists to open new activities. "But on top of that," Mr. Miscavige said, "this division also includes the many public services intended for you. Because that's another false datum—there is no such thing as an 'off-lines Scientologist.' LRH developed hundreds of services for you in between major actions and we're going to be making every one of them available."

The Fields Division is the final Public Division and is where every type of activity is located—responsible for both their formation and their continued assistance. Here too is where every being is located on our org board.

## HOW DO WE MOVE ENOUGH PEOPLE ONTO THE BRIDGE TO IMPINGE ON THE PLANET?

Taking up the biggest barrier in starting Scientology in any new area—bringing people to the awareness that help is possible—Mr. Miscavige stressed that except for a select and very minor percent of the population, when people find out what Dianetics and Scientology are, they want it. The major barrier is our communication. And if we are to achieve our objectives, we need to communicate at a whole new order of magnitude. And because we have a ton of solutions, we run the risk of being out-reality.

So the problem becomes, "How can we answer that question 'What is Scientology?' completely and totally to the full satisfaction of any person?" And in the next segment of his briefing, Mr. Miscavige answered that vital question.

"We do it in four words, and they are: 'Go to the org.' And that's because we are taking all our successful dissemination programs—every one of them—and building them right into *every* org.

"We've had massive touring WIS? Exhibitions—introducing hundreds of thousands in major cities. We've had LRH Exhibits, doing the same. We've had massive Book One campaigns, introducing millions. Well—we are building them *all* into *every org.*"

Whereas telling a new person to go to the org might have ended at Reception or possibly the Reg in times past, now it will mean full dissemination, no matter the individual's needs.

A person walking into any one of our Churches will tour the Scientology Information Center right off Reception and soon be aware of the scope of the subject and the broad spectrum of real solutions available to him.

"You tell them to 'go to the org' and know they'll find their ruin—and what they need. And when they get there, it won't require one person saying a single word, except this: 'Welcome to Scientology.'

"When someone walks into any Scientology Church, they will be greeted by an entire information center. Several Public Film and

**SEE THE VIDEO OF THIS IMPORTANT**





# How We Ensure Everyone Has a Perfect Introduction to Dianetics & Scientology

Our new Public Divisions are designed to receive and handle any new person, find and handle his ruin and move him swiftly onto the Bridge. You will simply tell a person "go to the Org" and know he will be welcomed and that the Scientology Information Center will do the rest. Several Public Film and Introductory Lecture rooms, as well as auditing and course rooms, will directly adjoin the information center, so the flow onto the Bridge is simple and direct.



Introductory Lecture rooms, as well as auditing and course rooms, will directly adjoin it. Large displays present every fundamental of Scientology itself."

There will be extensive exhibit panels, accompanied by an audio-visual presentation giving it all: the Reactive Mind; Thetan, Mind, Body; The Eight Dynamics; ARC Triangle; The Tone Scale; and more. A special display describes the E-Meter in full, and there are cans ready for anyone to pick up and see a thought.

**BRIEFING ABOUT THE NEW CIVILIZATION.**



# IDEAL FACILITIES FOR LARGE PUBLIC EVENTS



Public gathering rooms will include a Chapel and Event Hall. For Sunday Services and ceremonies the walls of this large room will be lined with panels displaying Scientology basics including The Axioms, Codes, Creeds, and more. For large public events, including Open Houses, community events, lectures and workshops, the panels convert to present a specific display, for example regarding Dianetics in the case of a Dianetics Workshop, or a permanent exhibit on LRH himself.





## ANSWERING *EVERY* QUESTION

"But that's only the half of it," Mr. Miscavige continued. "Since each Church will be the Central Organization for their area, there are displays encompassing every sector—with descriptions understandable by Scientologists and non-Scientologists alike. They both enlighten, and generate new activities; from salvaging lives from illiteracy, addiction and crime; to programs for opening new groups to handle community ruins. It also includes everything needed to establish new missions, groups and VM chapters. And then there are the public gathering rooms, including a Chapel and Event Hall."

Showing the audience examples of these facilities, he went on to explain how for Sunday Services and ceremonies, there are panels displaying all basics: The Axioms, Codes, Creeds, and more. If the org is having an Open House or a large public event, the same room converts to present a permanent exhibit on LRH himself. It can also cater to any type of activity, including community events, lectures and workshops, and can be converted quickly for public film showings.

There are also individual lecture rooms for smaller groups of people, and directly adjoining

**COME IN AND SEE THIS LANDMARK VIDEO**



Large displays accompanied by audio-visual presentations present every fundamental of Dianetics and Scientology itself including the Reactive Mind; Thetan, Mind, Body; The Eight Dynamics; ARC Triangle; The Tone Scale; and more. A special display describes the E-Meter in full, with cans ready for anyone to pick up and "see a thought."

How can we answer the question "What is Scientology?" completely and TOTALLY to the full satisfaction of any person?

  

Displays covering every sector of Scientology will both enlighten and generate new activities: salvaging lives from illiteracy, addiction and crime and establishing new missions, groups and VM chapters.

ABOUT PLANETARY CLEARING FOR REAL.





all these spaces are public course rooms, which will now be sized like a full Academy.

"They provide introductory services," Mr. Miscavige continued, "but, as I mentioned, for the first time ever, they will also include course rooms for field activities—rooms for Scientologists and non-Scientologists to train on how to open a group, mission, or even a Social Betterment activity. So that's our new Public Divisions and the first step in creating this new breed of Central Organization!"

Following this rapid overview, Mr. Miscavige detailed just how all of this would work in this Audio-Visual Communication Age. As people are generally much more willing to watch a TV than read something, he pointed out this makes our job much easier. To illustrate the point, he briefed on a pilot study conducted over the past year.

"From the results, we have now refined it to perfection," he said. "Our displays cover all major subjects, and each one will contain a brand-new film we've just produced—giving the full essentials of that subject—and in just two minutes."

For example, when a person walks up to the Dianetics display, he gets the basic concept from the panels. When he hits "play" a film gives him the reality of mental image pictures and the Reactive Mind—all in two minutes.

There are also films on the fundamentals of Scientology: The ARC Triangle, its components and its application in life; The Eight Dynamics; Auditing; The Tone Scale and The Parts of Man.

Showing one of these films to the audience, Mr. Miscavige then said, "That's just the start. For then there is the application of the technology in society. The panels and displays enlighten people to use this tech—for instance, application of a moral code. Or use of Study Tech with children. And yes, they also bring individuals and community leaders on board to themselves implement these programs. And that's why we have also produced brand-new films for all those field applications."

Similarly, public can find out about

> *The question is not how to clear an individual—it's how we clear a civilization? And how we increase our numbers with the speed necessary to get the job done?*

**Adjacent to the Scientology Information Center, a number of rooms will be available for new public to view LRH Public Films and Enlightenment Films, addressing specific ruins and their handlings. A new multilingual digital projection system will allow the exact right LRH Public Film or Enlightenment Film to be shown instantly. And these film rooms will convert to Introductory Lecture rooms, providing even more facilities for enlightenment.**

Narconon—from its presence around the world to a description of the program itself. At the Applied Scholastics display, they can see the worldwide centers, Study Technology itself and its many applications from children's programs to inner cities.

*The Way to Happiness* display provides a description of the book's content and intended use, as well as the collective accomplishments of its dissemination through the years. Further displays show the rest: from the Volunteer Minister program, I HELP, SMI and WISE, all the way to the Citizens Commission on Human Rights. There will be literally hundreds of videos presented.

"During an Open House, or community event, there is no limit," Mr. Miscavige continued, "since all displays can play at once. And we know that one way or the other we will provide the right answer each person needs, since these new Public Divisions show it all. And in that way we also place, in every org, the means to generate every type of activity as the Central Org for their geographic zone."

## HOW WE HANDLE EVERY REACH

"Yet there is even more," Mr. Miscavige continued. "It is one thing to enlighten, but that only creates a reach. The next step is their own study of the tech itself. "That, too, is accomplished," Mr. Miscavige said, "with



Public Films, written by LRH." And demonstrating a new multilingual Digital Projection system for all orgs, Mr. Miscavige said, "Most important, it allows the exact right film to be shown instantly. At the push of a button, the exact film is selected—another button and whatever language. It starts at once and the public is directed to the exact book, piece of tech, or even LRH Tech Films written for new public. With half a dozen films already in place, there will be a dozen more in the future."

Yet there was one further crucial element Mr. Miscavige told of: "If we are going to create a smooth route into Public Divisions—it also means they must be just as smooth through the division and out of it. Specifically onto the mainline Grade Chart and seeing that that individual gets the exact right service they need—personally—all the way to Clear and OT."

With that he announced new Enlightenment Films, covering every level of the Grade Chart from the moment a person moves onto The Bridge.

By way of example Mr. Miscavige described the new LRH film, "Advice to Persons Being Audited." Shown to a person immediately after he signs up for auditing, this 10 minute film teaches him the ropes of a session before he spends one minute of auditing time.

Such films will cover all levels, from the Purification Rundown and TRs and Objectives, to the Solo Auditor, specifically written by LRH to be played for a person the instant he goes Clear.

"The Registrar simply sits the public down and, again—at the push of a button, he is shown a film, straight from LRH, describing his next step. And with films that will cover every level, the result is we get in the full rudiments, create no confusion and keep every being moving step-by-step on the Bridge."

Closing this section of his briefing, Mr. Miscavige said, "With all I've shown we will answer the public's questions and yes, it can be done anywhere and yes, that is how we move into the Public phase with authority."



**SEE THE VIDEO OF THIS HISTORIC EVENT**

- Get the full briefing on the Golden Age of Organization from Chairman of the Board RTC. Understand what this means for your org, for the entirety of our religious movement—and your role in all of this.

- See the Source Presentation from the LRH Biography for a deeper understanding of Ron and the work at Saint Hill as he built that org.

**GO INTO YOUR LOCAL ORG AND SEE THIS EVENT TODAY.**

Addresses on the insert with this magazine.